**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEREMIE COMEAU, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:24-cv-02750-NGG-RML |
| Plaintiff, | |
| v. | |
| VINFAST AUTO LTD., LE THI THU THUY, PHAM NHAT VUONG, DAVID MANSFIELD, ANH THI LAN NGUYEN, NGAN WAN SING WINSTON, LING CHUNG YEE ROY, PHAM NGUYEN ANH THU, and NGUYEN THI VAN TRINH, | |
| Defendants. | |
| MENG QIAN, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:24-cv-03956-NRM-TAM |
| Plaintiff, | |
| v. | |
| VINFAST AUTO LTD., LE THI THU THUY, PHAM NHAT VUONG, DAVID MANSFIELD, ANH THI LAN NGUYEN, NGAN WAN SING WINSTON, LING CHUNG YEE ROY, PHAM NGUYEN ANH THU, and NGUYEN THI VAN TRINH, | |
| Defendants. | |

**[PROPOSED] ORDER**

Having considered Nick Voravongsy and Lea Luckett's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Co-Lead Counsel (the "Motion"), and good cause appearing therefor, the Court ORDERS as follows:

1.    The Motion is GRANTED;

2.    The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re VinFast Auto Ltd. Securities Litigation*, Master File No. 1:24-cv-02750-NGG-RML;

3.    The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Nick Voravongsy and Lea Luckett as Lead Plaintiff; and

4.    Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Lead Plaintiff's selection of Glancy Prongay & Murray LLP and Holzer & Holzer, LLC as Co-Lead Counsel for the class.

**IT IS SO ORDERED.**

Dated: _____        _____
                                                                Hon. Nicholas G. Garaufis
                                                                United States District Judge