**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEREMIE COMEAU, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VINFAST AUTO LTD., LE THI THU THUY, PHAM NHAT VUONG, DAVID MANSFIELD, ANH THI LAN NGUYEN, NGAN WAN SING WINSTON, LING CHUNG YEE ROY, PHAM NGUYEN ANH THU, and NGUYEN THI VAN TRINH,<br><br>Defendants. | Case No. 1:24-cv-02750-NGG-RML |
| MENG QIAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VINFAST AUTO LTD., LE THI THU THUY, PHAM NHAT VUONG, DAVID MANSFIELD, ANH THI LAN NGUYEN, NGAN WAN SING WINSTON, LING CHUNG YEE ROY, PHAM NGUYEN ANH THU, and NGUYEN THI VAN TRINH,<br><br>Defendants. | Case No. 1:24-cv-03956-NRM-TAM |

**DECLARATION OF GREGORY B. LINKH IN SUPPORT OF NICK VORAVONGSY AND LEA LUCKETT'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, <u>APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL</u>**

I, Gregory B. Linkh, hereby declare as follows:

1.      I am an attorney with the law firm Glancy Prongay & Murray LLP, counsel for Lead Plaintiff Movant Nick Voravongsy and Lea Luckett ("Voravongsy and Luckett") and proposed Co-Lead Counsel for the class in the above-captioned actions. I make this declaration in support of Nick Voravongsy and Lea Luckett's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:    Press release published April 12, 2024 on *PR Newswire* announcing the pendency of a securities class action against the Defendants herein;

Exhibit B:    Voravongsy and Luckett's Signed PSLRA Certifications;

Exhibit C:    Analysis of Voravongsy and Luckett's financial interest;

Exhibit D:    Firm résumé of Glancy Prongay & Murray LLP; and

Exhibit E:    Firm Resume of Holzer & Holzer, LLC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 11th day of June 2024.

*/s/ Gregory B. Linkh*
Gregory B. Linkh

1

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On June 11, 2024, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Eastern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 11, 2024, at New York, New York.

*/s/ Gregory B. Linkh*
Gregory B. Linkh