# EXHIBIT C

Financial Interest Analysis

**Company Name:** VinFast Auto Ltd.
**Ticker:** VFS
**Class Period:** 08/15/2023 - 04/17/2024
**Name:** Nick Voravongsy

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|------|--------|--------------|--------------|------------|------------|---------|
| 8/17/2023 | 100 | $24.1600 | -$2,416.0000 | | $0.0000 | -$2,416.00 |
| 8/17/2023 | 100 | $25.6600 | -$2,566.0000 | | $0.0000 | -$2,566.00 |
| 8/17/2023 | 100 | $25.0000 | -$2,500.0000 | | $0.0000 | -$2,500.00 |
| 8/17/2023 | 50 | $24.3600 | -$1,218.0000 | | $0.0000 | -$1,218.00 |
| 8/17/2023 | 50 | $24.5600 | -$1,228.0000 | | $0.0000 | -$1,228.00 |
| 8/17/2023 | 50 | $24.1600 | -$1,208.0000 | | $0.0000 | -$1,208.00 |
| 8/17/2023 | 50 | $24.0000 | -$1,200.0000 | | $0.0000 | -$1,200.00 |
| 8/17/2023 | 50 | $24.1000 | -$1,205.0000 | | $0.0000 | -$1,205.00 |
| 8/17/2023 | 50 | $24.0500 | -$1,202.5000 | | $0.0000 | -$1,202.50 |
| 8/17/2023 | 50 | $23.3500 | -$1,167.5000 | | $0.0000 | -$1,167.50 |
| 8/17/2023 | 50 | $23.1600 | -$1,158.0000 | | $0.0000 | -$1,158.00 |
| 8/17/2023 | 50 | $23.1100 | -$1,155.5000 | | $0.0000 | -$1,155.50 |
| 8/17/2023 | 50 | $21.2900 | -$1,064.5000 | | $0.0000 | -$1,064.50 |
| 8/17/2023 | 50 | $20.2900 | -$1,014.5000 | | $0.0000 | -$1,014.50 |
| 8/18/2023 | 15 | $16.8900 | -$253.3500 | | $0.0000 | -$253.35 |
| 8/18/2023 | 15 | $14.7200 | -$220.8000 | | $0.0000 | -$220.80 |
| 8/18/2023 | 20 | $14.6100 | -$292.2000 | | $0.0000 | -$292.20 |
| 8/18/2023 | 15 | $14.0500 | -$210.7500 | | $0.0000 | -$210.75 |
| 8/18/2023 | 15 | $14.1100 | -$211.6500 | | $0.0000 | -$211.65 |
| 8/18/2023 | 15 | $14.3000 | -$214.5000 | | $0.0000 | -$214.50 |
| 8/23/2023 | 5 | $31.0000 | -$155.0000 | | $0.0000 | -$155.00 |
| 8/23/2023 | 5 | $30.5000 | -$152.5000 | | $0.0000 | -$152.50 |
| 8/23/2023 | 10 | $30.0000 | -$300.0000 | | $0.0000 | -$300.00 |
| 8/23/2023 | 5 | $30.5000 | -$152.5000 | | $0.0000 | -$152.50 |
| 8/23/2023 | 3 | $31.4500 | -$94.3500 | | $0.0000 | -$94.35 |
| 8/23/2023 | 3 | $31.3000 | -$93.9000 | | $0.0000 | -$93.90 |
| 8/23/2023 | 3 | $31.1500 | -$93.4500 | | $0.0000 | -$93.45 |
| 8/23/2023 | 3 | $31.0000 | -$93.0000 | | $0.0000 | -$93.00 |
| 8/23/2023 | 3 | $30.7500 | -$92.2500 | | $0.0000 | -$92.25 |
| 8/23/2023 | 3 | $30.5000 | -$91.5000 | | $0.0000 | -$91.50 |
| 8/23/2023 | 3 | $30.2500 | -$90.7500 | | $0.0000 | -$90.75 |
| 8/23/2023 | 5 | $30.0000 | -$150.0000 | | $0.0000 | -$150.00 |
| 8/23/2023 | 3 | $29.7500 | -$89.2500 | | $0.0000 | -$89.25 |
| 8/23/2023 | 4 | $29.5000 | -$118.0000 | | $0.0000 | -$118.00 |
| 8/23/2023 | 3 | $29.2500 | -$87.7500 | | $0.0000 | -$87.75 |
| 8/23/2023 | 3 | $34.9600 | -$104.8800 | | $0.0000 | -$104.88 |
| 8/23/2023 | 3 | $34.9100 | -$104.7300 | | $0.0000 | -$104.73 |
| 8/23/2023 | 3 | $34.8100 | -$104.4300 | | $0.0000 | -$104.43 |
| 8/23/2023 | 3 | $34.7100 | -$104.1300 | | $0.0000 | -$104.13 |
| 8/24/2023 | 3 | $37.5000 | -$112.5000 | | $0.0000 | -$112.50 |
| 8/24/2023 | 3 | $44.4400 | -$133.3200 | | $0.0000 | -$133.32 |
| 8/24/2023 | 3 | $44.2500 | -$132.7500 | | $0.0000 | -$132.75 |
| 8/24/2023 | 3 | $44.0000 | -$132.0000 | | $0.0000 | -$132.00 |
| 8/24/2023 | 3 | $43.7500 | -$131.2500 | | $0.0000 | -$131.25 |
| 8/24/2023 | 3 | $43.2500 | -$129.7500 | | $0.0000 | -$129.75 |
| 8/24/2023 | 3 | $43.5000 | -$130.5000 | | $0.0000 | -$130.50 |
| 8/24/2023 | 3 | $43.0000 | -$129.0000 | | $0.0000 | -$129.00 |
| 8/24/2023 | 3 | $42.7500 | -$128.2500 | | $0.0000 | -$128.25 |
| 8/24/2023 | 3 | $42.5000 | -$127.5000 | | $0.0000 | -$127.50 |
| 8/24/2023 | 3 | $42.2500 | -$126.7500 | | $0.0000 | -$126.75 |
| 8/24/2023 | 3 | $42.0000 | -$126.0000 | | $0.0000 | -$126.00 |
| 8/24/2023 | 3 | $41.7500 | -$125.2500 | | $0.0000 | -$125.25 |
| 8/25/2023 | 1 | $66.0000 | -$66.0000 | | $0.0000 | -$66.00 |
| 8/25/2023 | 1 | $65.5000 | -$65.5000 | | $0.0000 | -$65.50 |
| 8/25/2023 | 2 | $65.0000 | -$130.0000 | | $0.0000 | -$130.00 |
| 8/25/2023 | 2 | $64.5000 | -$129.0000 | | $0.0000 | -$129.00 |
| 8/25/2023 | 2 | $64.0000 | -$128.0000 | | $0.0000 | -$128.00 |
| 8/25/2023 | 2 | $63.0000 | -$126.0000 | | $0.0000 | -$126.00 |
| 8/25/2023 | 1 | $69.0000 | -$69.0000 | | $0.0000 | -$69.00 |
| 8/25/2023 | 1 | $68.7500 | -$68.7500 | | $0.0000 | -$68.75 |
| 8/25/2023 | 1 | $68.5000 | -$68.5000 | | $0.0000 | -$68.50 |
| 8/25/2023 | 1 | $68.2500 | -$68.2500 | | $0.0000 | -$68.25 |
| 8/25/2023 | 1 | $68.2500 | -$68.2500 | | $0.0000 | -$68.25 |
| 8/25/2023 | 1 | $68.0000 | -$68.0000 | | $0.0000 | -$68.00 |
| 8/25/2023 | 1 | $67.7500 | -$67.7500 | | $0.0000 | -$67.75 |
| 8/25/2023 | 1 | $67.2500 | -$67.2500 | | $0.0000 | -$67.25 |
| 8/25/2023 | 1 | $67.5000 | -$67.5000 | | $0.0000 | -$67.50 |
| 8/25/2023 | 2 | $67.0000 | -$134.0000 | | $0.0000 | -$134.00 |
| 8/25/2023 | 2 | $66.5000 | -$133.0000 | | $0.0000 | -$133.00 |
| 8/25/2023 | 2 | $66.0000 | -$132.0000 | | $0.0000 | -$132.00 |
| 8/25/2023 | 2 | $65.5000 | -$131.0000 | | $0.0000 | -$131.00 |

Financial Interest Analysis

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 8/25/2023 | 2 | $65.0000 | -$130.0000 | | $0.0000 | -$130.00 |
| 8/25/2023 | 2 | $64.5000 | -$129.0000 | | $0.0000 | -$129.00 |
| 8/25/2023 | 2 | $64.0000 | -$128.0000 | | $0.0000 | -$128.00 |
| 8/25/2023 | 2 | $63.7500 | -$127.5000 | | $0.0000 | -$127.50 |
| 8/28/2023 | 3 | $79.5000 | -$238.5000 | | $0.0000 | -$238.50 |
| 8/28/2023 | 3 | $80.0000 | -$240.0000 | | $0.0000 | -$240.00 |
| 8/28/2023 | 5 | $79.0000 | -$395.0000 | | $0.0000 | -$395.00 |
| 8/28/2023 | 2 | $80.2000 | -$160.4000 | | $0.0000 | -$160.40 |
| 8/28/2023 | 2 | $80.1000 | -$160.2000 | | $0.0000 | -$160.20 |
| 8/28/2023 | 2 | $80.7000 | -$161.4000 | | $0.0000 | -$161.40 |
| 8/28/2023 | 2 | $80.6000 | -$161.2000 | | $0.0000 | -$161.20 |
| 8/28/2023 | 2 | $80.5000 | -$161.0000 | | $0.0000 | -$161.00 |
| 8/28/2023 | 2 | $80.4000 | -$160.8000 | | $0.0000 | -$160.80 |
| 8/28/2023 | 2 | $80.2000 | -$160.4000 | | $0.0000 | -$160.40 |
| 8/28/2023 | 2 | $80.3000 | -$160.6000 | | $0.0000 | -$160.60 |
| 8/28/2023 | 2 | $80.1000 | -$160.2000 | | $0.0000 | -$160.20 |
| 8/28/2023 | 2 | $79.7500 | -$159.5000 | | $0.0000 | -$159.50 |
| 8/28/2023 | 2 | $79.5000 | -$159.0000 | | $0.0000 | -$159.00 |
| 8/28/2023 | 2 | $79.3800 | -$158.7600 | | $0.0000 | -$158.76 |
| 8/28/2023 | 2 | $79.2500 | -$158.5000 | | $0.0000 | -$158.50 |
| 8/28/2023 | 2 | $79.0000 | -$158.0000 | | $0.0000 | -$158.00 |
| 8/28/2023 | 2 | $79.8800 | -$159.7600 | | $0.0000 | -$159.76 |
| 8/28/2023 | 2 | $80.0000 | -$160.0000 | | $0.0000 | -$160.00 |
| 8/28/2023 | 5 | $78.5000 | -$392.5000 | | $0.0000 | -$392.50 |
| 8/28/2023 | 2 | $79.2000 | -$158.4000 | | $0.0000 | -$158.40 |
| 8/28/2023 | 2 | $79.1000 | -$158.2000 | | $0.0000 | -$158.20 |
| 8/28/2023 | 5 | $77.5200 | -$387.6000 | | $0.0000 | -$387.60 |
| 8/28/2023 | 5 | $78.0000 | -$390.0000 | | $0.0000 | -$390.00 |
| 8/29/2023 | 2 | $79.1500 | -$158.3000 | | $0.0000 | -$158.30 |
| 8/29/2023 | 7 | $71.2500 | -$498.7500 | | $0.0000 | -$498.75 |
| 8/29/2023 | 7 | $71.2500 | -$498.7500 | | $0.0000 | -$498.75 |
| 8/29/2023 | 7 | $71.2500 | -$498.7500 | | $0.0000 | -$498.75 |
| 8/29/2023 | 7 | $71.2500 | -$498.7500 | | $0.0000 | -$498.75 |
| 8/29/2023 | 7 | $71.0600 | -$497.4200 | | $0.0000 | -$497.42 |
| 8/29/2023 | 7 | $71.0600 | -$497.4200 | | $0.0000 | -$497.42 |
| 8/29/2023 | 7 | $71.2500 | -$498.7500 | | $0.0000 | -$498.75 |
| 8/29/2023 | 7 | $71.2400 | -$498.6800 | | $0.0000 | -$498.68 |
| 8/29/2023 | 7 | $71.2500 | -$498.7500 | | $0.0000 | -$498.75 |
| 8/29/2023 | 7 | $71.2500 | -$498.7500 | | $0.0000 | -$498.75 |
| 8/29/2023 | 8 | $71.0800 | -$568.6400 | | $0.0000 | -$568.64 |
| 8/29/2023 | 2 | $71.0500 | -$142.1000 | | $0.0000 | -$142.10 |
| 8/29/2023 | 7 | $71.2500 | -$498.7500 | | $0.0000 | -$498.75 |
| 8/29/2023 | 7 | $71.2400 | -$498.6800 | | $0.0000 | -$498.68 |
| 8/29/2023 | 7 | $71.2300 | -$498.6100 | | $0.0000 | -$498.61 |
| 8/29/2023 | 7 | $71.2500 | -$498.7500 | | $0.0000 | -$498.75 |
| 8/29/2023 | 7 | $71.2300 | -$498.6100 | | $0.0000 | -$498.61 |
| 8/29/2023 | 7 | $71.2500 | -$498.7500 | | $0.0000 | -$498.75 |
| 8/29/2023 | 10 | $71.0800 | -$710.8000 | | $0.0000 | -$710.80 |
| 8/29/2023 | 10 | $70.3900 | -$703.9000 | | $0.0000 | -$703.90 |
| 8/29/2023 | 10 | $71.0000 | -$710.0000 | | $0.0000 | -$710.00 |
| 8/29/2023 | 10 | $70.3900 | -$703.9000 | | $0.0000 | -$703.90 |
| 8/29/2023 | 10 | $70.0900 | -$700.9000 | | $0.0000 | -$700.90 |
| 8/29/2023 | 10 | $69.0900 | -$690.9000 | | $0.0000 | -$690.90 |
| 8/29/2023 | 10 | $69.3900 | -$693.9000 | | $0.0000 | -$693.90 |
| 8/29/2023 | 10 | $68.0900 | -$680.9000 | | $0.0000 | -$680.90 |
| 8/29/2023 | 10 | $68.0900 | -$680.9000 | | $0.0000 | -$680.90 |
| 8/29/2023 | 10 | $67.0900 | -$670.9000 | | $0.0000 | -$670.90 |
| 8/29/2023 | 10 | $67.3900 | -$673.9000 | | $0.0000 | -$673.90 |
| 8/29/2023 | 10 | $66.5300 | -$665.3000 | | $0.0000 | -$665.30 |
| 8/29/2023 | 10 | $66.0900 | -$660.9000 | | $0.0000 | -$660.90 |
| 8/29/2023 | 10 | $65.3900 | -$653.9000 | | $0.0000 | -$653.90 |
| 8/29/2023 | 10 | $64.5300 | -$645.3000 | | $0.0000 | -$645.30 |
| 8/29/2023 | 10 | $65.0900 | -$650.9000 | | $0.0000 | -$650.90 |
| 8/29/2023 | 10 | $64.0900 | -$640.9000 | | $0.0000 | -$640.90 |
| 8/29/2023 | 10 | $63.5300 | -$635.3000 | | $0.0000 | -$635.30 |
| 8/29/2023 | 10 | $63.0900 | -$630.9000 | | $0.0000 | -$630.90 |
| 8/29/2023 | 10 | $62.5100 | -$625.1000 | | $0.0000 | -$625.10 |
| 8/29/2023 | 10 | $60.8900 | -$608.9000 | | $0.0000 | -$608.90 |
| 8/29/2023 | 10 | $62.1000 | -$621.0000 | | $0.0000 | -$621.00 |
| 8/29/2023 | 10 | $60.1000 | -$601.0000 | | $0.0000 | -$601.00 |
| 8/29/2023 | 10 | $59.5100 | -$595.1000 | | $0.0000 | -$595.10 |
| 8/29/2023 | 10 | $59.1400 | -$591.4000 | | $0.0000 | -$591.40 |
| 8/29/2023 | 10 | $58.5100 | -$585.1000 | | $0.0000 | -$585.10 |
| 8/29/2023 | 10 | $58.0900 | -$580.9000 | | $0.0000 | -$580.90 |
| 8/29/2023 | 10 | $57.0900 | -$570.9000 | | $0.0000 | -$570.90 |
| 8/29/2023 | 10 | $59.0000 | -$590.0000 | | $0.0000 | -$590.00 |
| 8/29/2023 | 2 | $60.2700 | -$120.5400 | | $0.0000 | -$120.54 |

Financial Interest Analysis

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 8/29/2023 | 2 | $60.7700 | -$121.5400 | | $0.0000 | -$121.54 |
| 8/29/2023 | 10 | $58.0000 | -$580.0000 | | $0.0000 | -$580.00 |
| 8/29/2023 | 10 | $57.1400 | -$571.4000 | | $0.0000 | -$571.40 |
| 8/29/2023 | 10 | $56.1400 | -$561.4000 | | $0.0000 | -$561.40 |
| 8/29/2023 | 10 | $55.1400 | -$551.4000 | | $0.0000 | -$551.40 |
| 8/29/2023 | 10 | $55.1400 | -$551.4000 | | $0.0000 | -$551.40 |
| 8/29/2023 | 10 | $53.0700 | -$530.7000 | | $0.0000 | -$530.70 |
| 8/29/2023 | 2 | $56.0000 | -$112.0000 | | $0.0000 | -$112.00 |
| 8/29/2023 | 2 | $56.0000 | -$112.0000 | | $0.0000 | -$112.00 |
| 8/29/2023 | 10 | $52.5200 | -$525.2000 | | $0.0000 | -$525.20 |
| 8/29/2023 | 10 | $52.1400 | -$521.4000 | | $0.0000 | -$521.40 |
| 8/29/2023 | 10 | $51.1400 | -$511.4000 | | $0.0000 | -$511.40 |
| 8/29/2023 | 10 | $51.5200 | -$515.2000 | | $0.0000 | -$515.20 |
| 8/29/2023 | 10 | $50.5200 | -$505.2000 | | $0.0000 | -$505.20 |
| 8/29/2023 | 10 | $50.1400 | -$501.4000 | | $0.0000 | -$501.40 |
| 8/29/2023 | 10 | $49.5200 | -$495.2000 | | $0.0000 | -$495.20 |
| 8/29/2023 | 10 | $49.1400 | -$491.4000 | | $0.0000 | -$491.40 |
| 8/29/2023 | 7 | $49.5000 | -$346.5000 | | $0.0000 | -$346.50 |
| 8/29/2023 | 10 | $49.0000 | -$490.0000 | | $0.0000 | -$490.00 |
| 8/29/2023 | 10 | $48.5200 | -$485.2000 | | $0.0000 | -$485.20 |
| 8/29/2023 | 10 | $48.1400 | -$481.4000 | | $0.0000 | -$481.40 |
| 8/29/2023 | 10 | $47.5200 | -$475.2000 | | $0.0000 | -$475.20 |
| 8/29/2023 | 10 | $47.1400 | -$471.4000 | | $0.0000 | -$471.40 |
| 8/29/2023 | 10 | $46.2000 | -$462.0000 | | $0.0000 | -$462.00 |
| 8/29/2023 | 10 | $45.5200 | -$455.2000 | | $0.0000 | -$455.20 |
| 8/29/2023 | 10 | $45.1400 | -$451.4000 | | $0.0000 | -$451.40 |
| 8/29/2023 | 10 | $44.0400 | -$440.4000 | | $0.0000 | -$440.40 |
| 8/29/2023 | 15 | $43.2000 | -$648.0000 | | $0.0000 | -$648.00 |
| 8/29/2023 | 15 | $43.1500 | -$647.2500 | | $0.0000 | -$647.25 |
| 8/30/2023 | 10 | $43.0000 | -$430.0000 | | $0.0000 | -$430.00 |
| 8/30/2023 | 5 | $44.5000 | -$222.5000 | | $0.0000 | -$222.50 |
| 8/30/2023 | 5 | $44.2500 | -$221.2500 | | $0.0000 | -$221.25 |
| 8/30/2023 | 5 | $44.0000 | -$220.0000 | | $0.0000 | -$220.00 |
| 8/30/2023 | 5 | $43.7500 | -$218.7500 | | $0.0000 | -$218.75 |
| 8/30/2023 | 5 | $43.5000 | -$217.5000 | | $0.0000 | -$217.50 |
| 8/30/2023 | 5 | $43.2500 | -$216.2500 | | $0.0000 | -$216.25 |
| 8/30/2023 | 10 | $43.0000 | -$430.0000 | | $0.0000 | -$430.00 |
| 8/30/2023 | 5 | $42.7500 | -$213.7500 | | $0.0000 | -$213.75 |
| 8/30/2023 | 5 | $42.5300 | -$212.6500 | | $0.0000 | -$212.65 |
| 8/30/2023 | 5 | $42.2500 | -$211.2500 | | $0.0000 | -$211.25 |
| 8/30/2023 | 5 | $42.0000 | -$210.0000 | | $0.0000 | -$210.00 |
| 8/30/2023 | 5 | $41.7500 | -$208.7500 | | $0.0000 | -$208.75 |
| 8/30/2023 | 5 | $41.5000 | -$207.5000 | | $0.0000 | -$207.50 |
| 8/30/2023 | 5 | $41.2500 | -$206.2500 | | $0.0000 | -$206.25 |
| 8/30/2023 | 5 | $41.4500 | -$207.2500 | | $0.0000 | -$207.25 |
| 8/30/2023 | 5 | $41.2000 | -$206.0000 | | $0.0000 | -$206.00 |
| 8/30/2023 | 5 | $40.9000 | -$204.5000 | | $0.0000 | -$204.50 |
| 8/30/2023 | 5 | $40.7500 | -$203.7500 | | $0.0000 | -$203.75 |
| 8/30/2023 | 5 | $40.5300 | -$202.6500 | | $0.0000 | -$202.65 |
| 8/30/2023 | 5 | $40.2800 | -$201.4000 | | $0.0000 | -$201.40 |
| 8/30/2023 | 5 | $40.0400 | -$200.2000 | | $0.0000 | -$200.20 |
| 8/30/2023 | 5 | $39.7500 | -$198.7500 | | $0.0000 | -$198.75 |
| 8/30/2023 | 5 | $39.5500 | -$197.7500 | | $0.0000 | -$197.75 |
| 8/30/2023 | 5 | $39.2800 | -$196.4000 | | $0.0000 | -$196.40 |
| 8/30/2023 | 5 | $39.0400 | -$195.2000 | | $0.0000 | -$195.20 |
| 8/30/2023 | 5 | $38.7500 | -$193.7500 | | $0.0000 | -$193.75 |
| 8/30/2023 | 5 | $38.5500 | -$192.7500 | | $0.0000 | -$192.75 |
| 8/30/2023 | 5 | $38.2800 | -$191.4000 | | $0.0000 | -$191.40 |
| 8/30/2023 | 5 | $38.0400 | -$190.2000 | | $0.0000 | -$190.20 |
| 8/31/2023 | 5 | $37.7000 | -$188.5000 | | $0.0000 | -$188.50 |
| 8/31/2023 | 5 | $37.2800 | -$186.4000 | | $0.0000 | -$186.40 |
| 8/31/2023 | 5 | $37.5500 | -$187.7500 | | $0.0000 | -$187.75 |
| 8/31/2023 | 5 | $38.0000 | -$190.0000 | | $0.0000 | -$190.00 |
| 8/31/2023 | 5 | $37.0400 | -$185.2000 | | $0.0000 | -$185.20 |
| 8/31/2023 | 2 | $37.7400 | -$75.4800 | | $0.0000 | -$75.48 |
| 8/31/2023 | 5 | $35.2100 | -$176.0500 | | $0.0000 | -$176.05 |
| 8/31/2023 | 5 | $35.0400 | -$175.2000 | | $0.0000 | -$175.20 |
| 8/31/2023 | 5 | $35.0900 | -$175.4500 | | $0.0000 | -$175.45 |
| 8/31/2023 | 5 | $34.0900 | -$170.4500 | | $0.0000 | -$170.45 |
| 8/31/2023 | 5 | $34.0400 | -$170.2000 | | $0.0000 | -$170.20 |
| 8/31/2023 | 5 | $34.0000 | -$170.0000 | | $0.0000 | -$170.00 |
| 9/1/2023 | 5 | $32.4800 | -$162.4000 | | $0.0000 | -$162.40 |
| 9/1/2023 | 10 | $31.0900 | -$310.9000 | | $0.0000 | -$310.90 |
| 9/1/2023 | 10 | $32.0300 | -$320.3000 | | $0.0000 | -$320.30 |
| 9/1/2023 | 5 | $31.0900 | -$155.4500 | | $0.0000 | -$155.45 |
| 9/1/2023 | 5 | $31.0100 | -$155.0500 | | $0.0000 | -$155.05 |
| 9/1/2023 | 10 | $30.0600 | -$300.6000 | | $0.0000 | -$300.60 |

Financial Interest Analysis

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 9/1/2023 | 5 | $29.0900 | -$145.4500 | | $0.0000 | -$145.45 |
| 9/1/2023 | 5 | $29.3300 | -$146.6500 | | $0.0000 | -$146.65 |
| 9/1/2023 | 5 | $28.2300 | -$141.1500 | | $0.0000 | -$141.15 |
| 9/1/2023 | 5 | $29.0000 | -$145.0000 | | $0.0000 | -$145.00 |
| 9/1/2023 | 4 | $29.0900 | -$116.3600 | | $0.0000 | -$116.36 |
| 9/1/2023 | 5 | $28.5800 | -$142.9000 | | $0.0000 | -$142.90 |
| 9/1/2023 | 5 | $28.2300 | -$141.1500 | | $0.0000 | -$141.15 |
| 9/1/2023 | 5 | $28.1500 | -$140.7500 | | $0.0000 | -$140.75 |
| 9/1/2023 | 5 | $28.0500 | -$140.2500 | | $0.0000 | -$140.25 |
| 9/5/2023 | 6 | $26.3800 | -$158.2800 | | $0.0000 | -$158.28 |
| 9/5/2023 | 5 | $26.1800 | -$130.9000 | | $0.0000 | -$130.90 |
| 9/5/2023 | 6 | $26.0800 | -$156.4800 | | $0.0000 | -$156.48 |
| 9/29/2023 | 10 | $12.5000 | -$125.0000 | | $0.0000 | -$125.00 |
| 9/29/2023 | 10 | $12.4000 | -$124.0000 | | $0.0000 | -$124.00 |
| 9/29/2023 | 10 | $12.3000 | -$123.0000 | | $0.0000 | -$123.00 |
| 9/29/2023 | 10 | $12.4000 | -$124.0000 | | $0.0000 | -$124.00 |
| 9/29/2023 | 10 | $12.2500 | -$122.5000 | | $0.0000 | -$122.50 |
| 9/29/2023 | 10 | $12.3000 | -$123.0000 | | $0.0000 | -$123.00 |
| 9/29/2023 | 10 | $12.3500 | -$123.5000 | | $0.0000 | -$123.50 |
| 9/29/2023 | 10 | $12.2000 | -$122.0000 | | $0.0000 | -$122.00 |
| 9/29/2023 | 10 | $12.1500 | -$121.5000 | | $0.0000 | -$121.50 |
| 9/29/2023 | 10 | $12.0500 | -$120.5000 | | $0.0000 | -$120.50 |
| 9/29/2023 | 10 | $12.1000 | -$121.0000 | | $0.0000 | -$121.00 |
| 10/2/2023 | 10 | $12.0000 | -$120.0000 | | $0.0000 | -$120.00 |
| 10/2/2023 | 10 | $11.9000 | -$119.0000 | | $0.0000 | -$119.00 |
| 10/2/2023 | 10 | $11.8000 | -$118.0000 | | $0.0000 | -$118.00 |
| 10/2/2023 | 10 | $11.7000 | -$117.0000 | | $0.0000 | -$117.00 |
| 10/2/2023 | 10 | $11.6000 | -$116.0000 | | $0.0000 | -$116.00 |
| 10/2/2023 | 10 | $11.3600 | -$113.6000 | | $0.0000 | -$113.60 |
| 10/2/2023 | 10 | $11.2600 | -$112.6000 | | $0.0000 | -$112.60 |
| 10/2/2023 | 10 | $10.2600 | -$102.6000 | | $0.0000 | -$102.60 |
| 10/2/2023 | 10 | $10.2600 | -$102.6000 | | $0.0000 | -$102.60 |
| 10/2/2023 | 10 | $10.0500 | -$100.5000 | | $0.0000 | -$100.50 |
| 10/2/2023 | 10 | $10.0400 | -$100.4000 | | $0.0000 | -$100.40 |
| 10/2/2023 | 10 | $10.0400 | -$100.4000 | | $0.0000 | -$100.40 |
| 10/2/2023 | 10 | $10.0100 | -$100.1000 | | $0.0000 | -$100.10 |
| 10/2/2023 | 10 | $9.8500 | -$98.5000 | | $0.0000 | -$98.50 |
| 10/2/2023 | 10 | $9.7600 | -$97.6000 | | $0.0000 | -$97.60 |
| 10/2/2023 | 10 | $9.7200 | -$97.2000 | | $0.0000 | -$97.20 |
| 10/3/2023 | 10 | $8.7100 | -$87.1000 | | $0.0000 | -$87.10 |
| 10/3/2023 | 10 | $8.7100 | -$87.1000 | | $0.0000 | -$87.10 |
| 10/3/2023 | 10 | $8.7100 | -$87.1000 | | $0.0000 | -$87.10 |
| 10/3/2023 | 10 | $8.7085 | -$87.0850 | | $0.0000 | -$87.09 |
| 10/3/2023 | 10 | $8.7090 | -$87.0900 | | $0.0000 | -$87.09 |
| 10/3/2023 | 10 | $8.7093 | -$87.0930 | | $0.0000 | -$87.09 |
| 10/3/2023 | 10 | $8.7100 | -$87.1000 | | $0.0000 | -$87.10 |
| 10/3/2023 | 10 | $8.7100 | -$87.1000 | | $0.0000 | -$87.10 |
| 10/4/2023 | 15 | $8.1700 | -$122.5500 | | $0.0000 | -$122.55 |
| 10/4/2023 | 15 | $8.1200 | -$121.8000 | | $0.0000 | -$121.80 |
| 10/4/2023 | 10 | $8.2000 | -$82.0000 | | $0.0000 | -$82.00 |
| 10/4/2023 | 10 | $8.1800 | -$81.8000 | | $0.0000 | -$81.80 |
| 10/4/2023 | 10 | $8.1600 | -$81.6000 | | $0.0000 | -$81.60 |
| 10/4/2023 | 15 | $8.1400 | -$122.1000 | | $0.0000 | -$122.10 |
| 10/4/2023 | 15 | $8.1000 | -$121.5000 | | $0.0000 | -$121.50 |
| 10/4/2023 | 15 | $8.1200 | -$121.8000 | | $0.0000 | -$121.80 |
| 10/4/2023 | 20 | $8.0700 | -$161.4000 | | $0.0000 | -$161.40 |
| 10/5/2023 | 15 | $8.2400 | -$123.6000 | | $0.0000 | -$123.60 |
| 10/5/2023 | 10 | $8.2100 | -$82.1000 | | $0.0000 | -$82.10 |
| 10/6/2023 | 10 | $8.0000 | -$80.0000 | | $0.0000 | -$80.00 |
| 10/6/2023 | 15 | $7.9100 | -$118.6500 | | $0.0000 | -$118.65 |
| 10/16/2023 | 30 | $7.6600 | -$229.8000 | | $0.0000 | -$229.80 |
| 11/9/2023 | 17 | $6.8600 | -$116.6200 | | $0.0000 | -$116.62 |
| 11/9/2023 | 25 | $6.6600 | -$166.5000 | | $0.0000 | -$166.50 |
| 11/9/2023 | 20 | $6.6200 | -$132.4000 | | $0.0000 | -$132.40 |
| 11/10/2023 | 20 | $5.8880 | -$117.7600 | | $0.0000 | -$117.76 |
| 11/10/2023 | 11 | $5.9230 | -$65.1530 | | $0.0000 | -$65.15 |
| 11/13/2023 | 20 | $6.0300 | -$120.6000 | | $0.0000 | -$120.60 |
| 11/13/2023 | 20 | $5.9290 | -$118.5800 | | $0.0000 | -$118.58 |
| 11/13/2023 | 17 | $5.8800 | -$99.9600 | | $0.0000 | -$99.96 |
| 11/15/2023 | 12 | $6.2200 | -$74.6400 | | $0.0000 | -$74.64 |
| 11/15/2023 | 12 | $6.2000 | -$74.4000 | | $0.0000 | -$74.40 |
| 11/15/2023 | 12 | $6.1400 | -$73.6800 | | $0.0000 | -$73.68 |
| 11/15/2023 | 12 | $6.1600 | -$73.9200 | | $0.0000 | -$73.92 |
| 11/15/2023 | 12 | $6.0800 | -$72.9600 | | $0.0000 | -$72.96 |
| 11/15/2023 | 12 | $6.1800 | -$74.1600 | | $0.0000 | -$74.16 |
| 11/15/2023 | 12 | $6.1200 | -$73.4400 | | $0.0000 | -$73.44 |
| 11/15/2023 | 12 | $6.1000 | -$73.2000 | | $0.0000 | -$73.20 |

Financial Interest Analysis

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 11/15/2023 | 12 | $6.0600 | -$72.7200 | | $0.0000 | -$72.72 |
| 11/15/2023 | 12 | $6.0400 | -$72.4800 | | $0.0000 | -$72.48 |
| 11/15/2023 | 12 | $6.0200 | -$72.2400 | | $0.0000 | -$72.24 |
| 1/2/2024 | 100 | $8.0300 | -$803.0000 | | $0.0000 | -$803.00 |
| 1/2/2024 | 40 | $7.9900 | -$319.6000 | | $0.0000 | -$319.60 |
| 1/2/2024 | 100 | $7.9300 | -$793.0000 | | $0.0000 | -$793.00 |
| 1/2/2024 | 50 | $7.8300 | -$391.5000 | | $0.0000 | -$391.50 |
| 1/2/2024 | 60 | $7.9500 | -$477.0000 | | $0.0000 | -$477.00 |
| 1/8/2024 | 15 | $6.9200 | -$103.8000 | | $0.0000 | -$103.80 |
| 1/8/2024 | 15 | $6.9000 | -$103.5000 | | $0.0000 | -$103.50 |
| 1/8/2024 | 15 | $6.8800 | -$103.2000 | | $0.0000 | -$103.20 |
| 1/8/2024 | 19 | $6.8200 | -$129.5800 | | $0.0000 | -$129.58 |
| 1/8/2024 | 19 | $6.8200 | -$129.5800 | | $0.0000 | -$129.58 |
| 1/9/2024 | 30 | $6.5600 | -$196.8000 | | $0.0000 | -$196.80 |
| 1/16/2024 | 12 | $6.4600 | -$77.5200 | | $0.0000 | -$77.52 |
| 1/22/2024 | 10 | $5.9500 | -$59.5000 | | $0.0000 | -$59.50 |
| 1/22/2024 | 10 | $5.9000 | -$59.0000 | | $0.0000 | -$59.00 |
| 1/22/2024 | 10 | $6.0000 | -$60.0000 | | $0.0000 | -$60.00 |
| 1/29/2024 | 10 | $5.8500 | -$58.5000 | | $0.0000 | -$58.50 |
| 1/29/2024 | 10 | $5.8500 | -$58.5000 | | $0.0000 | -$58.50 |
| 2/2/2024 | 10 | $5.7600 | -$57.6000 | | $0.0000 | -$57.60 |
| 2/2/2024 | 10 | $5.8000 | -$58.0000 | | $0.0000 | -$58.00 |
| 2/2/2024 | 10 | $5.7200 | -$57.2000 | | $0.0000 | -$57.20 |
| 2/5/2024 | 20 | $5.5100 | -$110.2000 | | $0.0000 | -$110.20 |
| 2/5/2024 | 20 | $5.5200 | -$110.4000 | | $0.0000 | -$110.40 |
| 2/5/2024 | 20 | $5.5100 | -$110.2000 | | $0.0000 | -$110.20 |
| 2/6/2024 | 20 | $5.3000 | -$106.0000 | | $0.0000 | -$106.00 |
| 2/8/2024 | 12 | $5.3000 | -$63.6000 | | $0.0000 | -$63.60 |
| 2/8/2024 | 12 | $5.2500 | -$63.0000 | | $0.0000 | -$63.00 |
| 2/9/2024 | 12 | $5.2200 | -$62.6400 | | $0.0000 | -$62.64 |
| 2/12/2024 | 12 | $5.2100 | -$62.5200 | | $0.0000 | -$62.52 |
| 2/13/2024 | 12 | $5.1700 | -$62.0400 | | $0.0000 | -$62.04 |
| 2/13/2024 | 12 | $5.2300 | -$62.7600 | | $0.0000 | -$62.76 |
| 2/13/2024 | 12 | $5.2000 | -$62.4000 | | $0.0000 | -$62.40 |
| 2/13/2024 | 12 | $5.1200 | -$61.4400 | | $0.0000 | -$61.44 |
| 2/13/2024 | 12 | $5.1600 | -$61.9200 | | $0.0000 | -$61.92 |
| 2/13/2024 | 12 | $5.1100 | -$61.3200 | | $0.0000 | -$61.32 |
| 2/14/2024 | 1 | $5.0600 | -$5.0600 | | $0.0000 | -$5.06 |
| 2/14/2024 | 12 | $5.0200 | -$60.2400 | | $0.0000 | -$60.24 |
| 2/23/2024 | 16 | $5.0500 | -$80.8000 | | $0.0000 | -$80.80 |
| 2/23/2024 | 18 | $5.0000 | -$90.0000 | | $0.0000 | -$90.00 |
| 2/23/2024 | 20 | $4.9500 | -$99.0000 | | $0.0000 | -$99.00 |
| 3/4/2024 | 15 | $5.3200 | -$79.8000 | | $0.0000 | -$79.80 |
| 3/4/2024 | 15 | $5.3600 | -$80.4000 | | $0.0000 | -$80.40 |
| 3/4/2024 | 18 | $5.3300 | -$95.9400 | | $0.0000 | -$95.94 |
| 3/4/2024 | 15 | $5.3000 | -$79.5000 | | $0.0000 | -$79.50 |
| 3/4/2024 | 16 | $5.2600 | -$84.1600 | | $0.0000 | -$84.16 |
| 3/4/2024 | 16 | $5.2300 | -$83.6800 | | $0.0000 | -$83.68 |

| Shares Retained: | 3,920 | | | | Subtotal: | -$99,161.93 |
|---|---|---|---|---|---|---|
| | | | 90-Day Average Price | Shares Retained | 90-Day Average: | $14,810.38 |
| | | | $3.7782 | 3,920 | Total: | -$84,351.55 |

**Name:** Lea Luckett

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 8/25/2023 | 142 | $69.8100 | -$9,913.0200 | | $0.0000 | -$9,913.02 |
| 8/28/2023 | 357 | $83.4900 | -$29,805.9300 | | $0.0000 | -$29,805.93 |

| Shares Retained: | 499 | | | | Subtotal: | -$39,718.95 |
|---|---|---|---|---|---|---|
| | | | 90-Day Average Price | Shares Retained | 90-Day Average: | $1,885.30 |
| | | | $3.7782 | 499 | Total: | -$37,833.65 |

| | |
|---|---|
| Nick Voravongsy Total: | -$84,351.55 |
| Lea Luckett Total: | -$37,833.65 |
| **COMBINED:** | **-$122,185.20** |

Notes
The 90-Day Average Price used in this loss chart is the average closing price between April 17, 2024 and June 10, 2024.