**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEREMIE COMEAU, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>VINFAST AUTO LTD., LE THI THU THUY, PHAM NHAT VUONG, DAVID MANSFIELD, ANH THI LAN NGUYEN, NGAN WAN SING WINSTON, LING CHUNG YEE ROY, PHAM NGUYEN ANH THU, and NGUYEN THI VAN TRINH,<br><br>　　　　　Defendants. | Case No.: 1:24-cv-02750-NGG-RML<br><br>Hon. Nicholas G. Garaufis |
| MENG QIAN, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>VINFAST AUTO LTD., LE THI THU THUY, PHAM NHAT VUONG, DAVID MANSFIELD, ANH THI LAN NGUYEN, NGAN WAN SING WINSTON, LING CHUNG YEE ROY, PHAM NGUYEN ANH THU, and NGUYEN THI VAN TRINH,<br><br>　　　　　Defendants. | Case No.: 1:24-cv-03956-NRM-TAM<br><br>Hon. Nina R. Morrison |

**NOTICE OF MOTION OF SARAH QUACH FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Sarah Quach ("Movant") respectfully moves this Court for an order: (1) consolidating the above-captioned actions (the "Actions"); (2) appointing Movant

as Lead Plaintiff pursuant to § 27 of the Securities Act of 1933 ("Securities Act") and § 21D of the Securities Exchange Act of 1934 ("Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); and (3) approving Movant's selection of Levi & Korsinsky, LLP as Lead Counsel for the Class.

Movant seeks consolidation, appointment as lead plaintiff and approval of her choice of counsel pursuant to the Securities and Exchange Acts, the Federal Rules of Civil Procedure, and the PSLRA. This motion is based on this notice, the attached Memorandum of Law, the Declaration of Adam M. Apton in support thereof, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

Dated: June 11, 2024                                    Respectfully Submitted,


                                                       **LEVI & KORSINSKY, LLP**

                                                       By: */s/ Adam M. Apton*
                                                       Adam M. Apton (AS-8383)
                                                       33 Whitehall Street, 17th Floor
                                                       New York, NY 10004
                                                       Tel: (212) 363-7500
                                                       Fax: (212) 363-7171
                                                       Email: aapton@zlk.com

                                                       *Lead Counsel for Sarah Quach and*
                                                       *[Proposed] Lead Counsel for the Class*

2