**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEREMIE COMEAU, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VINFAST AUTO LTD., LE THI THU THUY, PHAM NHAT VUONG, DAVID MANSFIELD, ANH THI LAN NGUYEN, NGAN WAN SING WINSTON, LING CHUNG YEE ROY, PHAM NGUYEN ANH THU, and NGUYEN THI VAN TRINH,<br><br>Defendants. | Case No.: 1:24-cv-02750-NGG-RML<br><br>Hon. Nicholas G. Garaufis |
| MENG QIAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VINFAST AUTO LTD., LE THI THU THUY, PHAM NHAT VUONG, DAVID MANSFIELD, ANH THI LAN NGUYEN, NGAN WAN SING WINSTON, LING CHUNG YEE ROY, PHAM NGUYEN ANH THU, and NGUYEN THI VAN TRINH,<br><br>Defendants. | Case No.: 1:24-cv-03956-NRM-TAM<br><br>Hon. Nina R. Morrison |

**DECLARATION OF ADAM M. APTON IN SUPPORT OF SARAH QUACH'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Adam M. Apton, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant Sarah Quach ("Movant") and proposed Lead Counsel for the

Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's motion for consolidation of the above-captioned actions (the "Actions"), appointment as Lead Plaintiff, and approval of her selection of Levi & Korsinsky as Lead Counsel for the Class.

3.      Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**:    PSLRA Certification signed by Movant attesting to her transactions of VinFast Auto Ltd. ("VinFast" or the "Company") f/k/a Black Spade Acquisition Co. ("Black Spade") securities;

**Exhibit B**:    Loss Chart reflecting the losses incurred by Movant as a result of her transactions in VinFast securities;

**Exhibit C**:    Press Release published April 12, 2024, on *PRNewswire,* announcing the pendency of the first-filed securities class action against defendants herein: *Comeau v. VinFast Auto Ltd., et. al.,* Case No. 1:24-cv-02750-NGG-RML;

**Exhibit D**:    Declaration signed by Movant in support of her lead plaintiff motion; and

**Exhibit E**:    Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.


I declare under penalty of perjury that the foregoing facts are true and correct.


*[Signature on following page]*


2

Dated: June 11, 2024

Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: */s/ Adam M. Apton*
Adam M. Apton (AS-8383)
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Sarah Quach and
[Proposed] Lead Counsel for the Class*