# EXHIBIT B

| Client Name | Sarah Quach |
|---|---|
| Company Name | VinFast Auto Ltd. f/k/a Black Spade Acquisition Co. |
| Ticker Symbol | VFS |
| Security Type | |
| Class Period Start | 08-15-2023 |
| Class Period End | 04-17-2024 |
| 90-DAY Lookback Period Start | 04-18-2024 |
| 90-DAY Lookback Period End | 06-11-2024 |
| 90-DAY Lookback Average | $ 03.81 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $77,492.49 |
| DURA LIFO* Total | $77,492.49 |
| Gross Shares Purchased | 3,679 |
| Net Shares Retained | 3,679 |
| Net Funds Expended | $91,508.03 |

### Sarah Quach- Account 1

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 08-28-2023 | 548 | 85.80842 | $ 47,023.01 | | | | | | - | 548 | 548 | $ 03.81 | $ 2,087.66 | $ 44,935.35 | $ 44,935.35 |
| 08-28-2023 | 51 | 81.0299 | $ 4,132.52 | | | | | | - | 51 | 51 | $ 03.81 | $ 194.29 | $ 3,938.24 | $ 3,938.24 |
| 08-31-2023 | 600 | 35.635 | $ 21,381.00 | | | | | | - | 600 | 600 | $ 03.81 | $ 2,285.76 | $ 19,095.24 | $ 19,095.24 |
| 09-19-2023 | 380 | 17.868 | $ 6,789.84 | | | | | | - | 380 | 380 | $ 03.81 | $ 1,447.65 | $ 5,342.19 | $ 5,342.19 |
| 09-28-2023 | 300 | 12.8315 | $ 3,849.45 | | | | | | - | 300 | 300 | $ 03.81 | $ 1,142.88 | $ 2,706.57 | $ 2,706.57 |
| 03-27-2024 | 1800 | 4.629 | $ 8,332.20 | | | | | | - | 1800 | 1800 | $ 03.81 | $ 6,857.29 | $ 1,474.91 | $ 1,474.91 |
| Total: | 3,679 | | $91,508.03 | | | | | | | 3,679 | 3,679 | | $14,015.54 | $77,492.49 | $77,492.49 |

| Client Name | Sarah Quach |
|---|---|
| Company Name | VinFast Auto Ltd. f/k/a Black Spade Acquisition Co. |
| Ticker Symbol | VFS |
| Security Type | |
| Class Period Start | 08-15-2023 |
| Class Period End | 04-17-2024 |
| 90-DAY Lookback Period Start | 04-18-2024 |
| 90-DAY Lookback Period End | 06-11-2024 |
| 90-DAY Lookback Average | $ 03.81 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $23,800.38 |
| DURA LIFO* Total | $23,800.38 |
| Gross Shares Purchased | 2,229 |
| Net Shares Retained | 933 |
| Net Funds Expended | $27,354.74 |

### Sarah Quach - Account 2

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 08-21-2023 | 1296 | 17.94 | $ 23,250.24 | 08-22-2023 | 1296 | | $ 36.94 | $ 47,879.15 | - | - | - | $ 03.81 | | -$ 24,628.91 | -$ 24,628.91 |
| 08-28-2023 | 576 | 82.2504 | $ 47,376.23 | | | | | | - | 576 | 576 | $ 03.81 | $ 2,194.33 | $ 45,181.90 | $ 45,181.90 |
| 09-29-2023 | 280 | 12.8856 | $ 3,607.97 | | | | | | - | 280 | 280 | $ 03.81 | $ 1,066.69 | $ 2,541.28 | $ 2,541.28 |
| 09-29-2023 | 77 | 12.9799 | $ 999.45 | | | | | | - | 77 | 77 | $ 03.81 | $ 293.34 | $ 706.11 | $ 706.11 |
| Total: | 2,229 | | $75,233.89 | | 1,296 | | | $47,879.15 | | 933 | 933 | | $3,554.36 | $23,800.38 | $23,800.38 |

| SUMMARY OF FINANCIAL INTEREST - ALL ACCTS | |
|---|---|
| LIFO Loss Total | $101,292.87 |
| DURALIFO* Total | $101,292.87 |
| Gross Shares Purchased | 5,908 |
| Net Shares Retained | 4,612 |
| Net Funds Expended | $118,862.77 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.

| Case Name | VinFast Auto Ltd. f/k/a Black Spade Acquisition Co. |
|---|---|
| Ticker | VFS |
| Merger Date | 8/14/2023 |

| Client Name | Acct Number |
|---|---|
| Sarah Quach | 1 |
| **§ 11 Loss Calculation** | |
| Total Shares Acquired | 3,679 |
| Total Shares Acquired (Disregarding Undamaged Shares) | 3,679 |
| IPO Offer Price | $10.00 |
| Value of Shares at Acquisition* (Disregarding Undamaged Shares) | $ 27,122.20 |
| Close Date | 4/12/2024 |
| Closing Price | $ 03.60 |
| Estimated Value of Shares** | $ 13,244.40 |
| **Estimated Loss/(Gain)** | **$ 13,877.80** |

| Client Name | Acct Number |
|---|---|
| Sarah Quach | 2 |
| **§ 11 Loss Calculation** | |
| Total Shares Acquired | 2,229 |
| Total Shares Acquired (Disregarding Undamaged Shares) | 933 |
| IPO Offer Price | $10.00 |
| Value of Shares at Acquisition* (Disregarding Undamaged Shares) | $ 9,330.00 |
| Close Date | 4/12/2024 |
| Closing Price | $ 03.60 |
| Estimated Value of Shares** | $ 3,358.80 |
| **Estimated Loss/(Gain)** | **$ 5,971.20** |

| Client Name | Estimated Gain/Loss |
|---|---|
| Sarah Quach- Acct 1 | $13,877.80 |
| Sarah Quach- Acct 2 | $5,971.20 |
| **TOTAL** | **$ 19,849.00** |

\* For purposes of this damage calculation, any retained shares purchased at a price higher than the offering price of **$10.00** are valued at **$10.00** per share. Any shares purchased for less than the offering price are valued at their purchase price.

\** Pursuant to 15 U.S.C. § 77k(e), shares are valued at the (1) closing stock price on the date the initial federal complaint asserting claims under Section 11 - **November 23, 2023 ($2.42)**, if shares are retained; (2) selling stock price if sold prior to the filing of the suit; or (3) price at which the stock was sold, after the filing of the initial federal complaint, but before judgment, if sold for more than the closing stock price on the date the federal complaint was filed.