**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq.
Laurence M. Rosen, Esq.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: philkim@rosenlegal.com
Email: lrosen@rosenlegal.com

**THE SCHALL LAW FIRM**
Brian Schall, Esq.
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: (424) 303-1964
Email: brian@schallfirm.com

*Co-Counsel for Movant and [Proposed] Co-Lead Counsel for Lead Plaintiff and Class*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEREMIE COMEAU, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VINFAST AUTO LTD., LE THI THU THUY, PHAM NHAT VUONG, DAVID MANSFIELD, ANH THI LAN NGUYEN, NGAN WAN SING WINSTON, LING CHUNG YEE ROY, PHAM NGUYEN ANH THU, and NGUYEN THI VAN TRINH,<br><br>Defendants, | **CASE No.: 1:24-cv-02750-NGG-RML**<br><br>**NOTICE OF MOTION OF MENG QIAN TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFF; AND (3) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**<br><br>**<u>CLASS ACTION</u>** |

[Additional caption on next page]

1

|  |  |
|---|---|
| MENG QIAN, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        v.<br><br>VINFAST AUTO LTD., LE THI THU THUY, PHAM NHAT VUONG, DAVID MANSFIELD, ANH THI LAN NGUYEN, NGAN WAN SING WINSTON, LING CHUNG YEE ROY, PHAM NGUYEN ANH THU, and NGUYEN THI VAN TRINH,<br><br>        Defendants, | **CASE No. 1:24-cv-03956-NRM-TAM**<br><br>**<u>CLASS ACTION</u>** |

PLEASE TAKE NOTICE that pursuant to Section 27 of the Securities Act of 1933 (the "Securities Act"), 15 U.S.C. § 77z-1(a)(3)(B) and Section 21D of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B) as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), Plaintiff Meng Qian ("Movant") hereby moves this Court, the Honorable Nicholas G. Garaufis, United States District Court Judge, on a date and at a time to be designated by the Court, for an order:

(a)     consolidating the related actions;

(b)     appointing Movant to serve as Lead Plaintiff in this action; and

(c)     approving Movant's selection of The Rosen Law Firm, P.A. and The Schall Law Firm as Co-Lead Counsel for the Class.

In support of this Motion, Movant submits: (i) the Memorandum of Law dated June 11, 2024 (and exhibits); and (ii) a [Proposed] Order Consolidating the Related Actions, Appointing Lead Plaintiff, and Approving Lead Plaintiff's Selection of Counsel.

2

Movant is aware of your Honor's Individual Rule IV.A, which requires a pre-motion conference prior to filing many motions. Due to the PSLRA's lead plaintiff procedure, however, Movant does not yet know which other entities or persons plan to move for appointment as lead plaintiff until after all the movants have filed their respective motions. As such, Movant respectfully requests that the pre-motion conference requirement be waived.

Movant is also aware of your Honor's Individual Rule IV.B., the Bundling Rule, which generally requires parties refrain from the filing of motion papers prior to full briefing. The Securities Act and the Exchange Act requires that lead plaintiff motions be filed no later than 60 days after the date notice of the action was first published and, in this case, the first notice of the action was published on April 12, 2024; accordingly, lead plaintiff motions must be filed no later than today, June 11, 2024. *See* 15 U.S.C. § 77z-1(a)(3)(A)(II); 15 U.S.C. § 78u-4(a)(3)(A)(i).

Pursuant to your Honor's Individual Rule IV.B.4., as the filing of the lead plaintiff motion is statutorily mandated by the 60-day time limit, Movant respectfully requests that the Bundling Rule be waived because waiting to file until the motion is fully briefed could result in the loss of a right. The filing of the lead plaintiff motion will give notice to the other lead plaintiff movants, whose identities Movant cannot know at this time and therefore cannot serve, that other class members have moved for lead plaintiff appointment.

Dated: June 11, 2024                    Respectfully submitted,

                                        **THE ROSEN LAW FIRM, P.A.**

                                        /s/ Phillip Kim
                                        Phillip Kim, Esq.
                                        Laurence M. Rosen, Esq.
                                        275 Madison Avenue, 40th Floor
                                        New York, New York 10016
                                        Telephone: (212) 686-1060
                                        Fax: (212) 202-3827
                                        Email: philkim@rosenlegal.com

Email: lrosen@rosenlegal.com

**THE SCHALL LAW FIRM**
Brian Schall, Esq.
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: (424) 303-1964
Fax: (877) 590-0483
Email: brian@schallfirm.com

*Co-Counsel for Movant and [Proposed] Co-Lead
Counsel for Lead Plaintiff and for the Class*

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Phillip Kim