# Exhibit 2

DocuSign Envelope ID: AC4E4C8A-1292-4277-8D17-80A9D7EB78BD

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

1.  I, Meng Qian, make this declaration pursuant to §27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or §21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.  I have reviewed a complaint against VinFast Auto Ltd. ("VinFast" or the "Company") and authorize the filing of a comparable complaint on my behalf.

3.  I did not purchase or acquire VinFast securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.  I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired VinFast securities during the class period, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.  The attached sheet (Schedule "A") lists all of my transactions in VinFast securities during the Class Period, as specified in the Complaint.

6.  During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.  I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct this day of <u>5/6/2024</u>.

DocuSigned by:

_____
A2908AB878CE4BE...

Meng Qian

# SCHEDULE A

## MENG QIAN

CLASS PERIOD TRANSACTIONS

### PURCHASES

| DATE | SHARES | PRICE |
|---|---|---|
| 01/17/24 | 100 | ($5.64) |
| 01/17/24 | 100 | ($5.64) |
| 01/26/24 | 156 | ($6.01) |
| 01/26/24 | 144 | ($6.01) |
| 01/26/24 | 200 | ($6.01) |
| 01/26/24 | 100 | ($6.01) |
| 01/26/24 | 400 | ($6.01) |
| 01/29/24 | 90 | ($5.92) |
| 01/29/24 | 25 | ($5.92) |
| 01/29/24 | 1,632 | ($5.92) |
| 01/29/24 | 253 | ($5.92) |
| 01/30/24 | 4,000 | ($5.95) |
| 02/02/24 | 4,000 | ($5.89) |
| 02/02/24 | 630 | ($5.71) |
| 02/02/24 | 100 | ($5.71) |
| 02/02/24 | 445 | ($5.71) |
| 02/02/24 | 255 | ($5.71) |
| 02/02/24 | 70 | ($5.71) |
| 02/02/24 | 500 | ($5.71) |
| 02/02/24 | 634 | ($5.71) |
| 02/02/24 | 656 | ($5.71) |
| 02/02/24 | 100 | ($5.71) |
| 02/02/24 | 1,800 | ($5.71) |
| 02/02/24 | 144 | ($5.71) |
| 02/02/24 | 600 | ($5.71) |
| 02/02/24 | 66 | ($5.71) |
| 02/05/24 | 227 | ($5.63) |
| 02/05/24 | 2,510 | ($5.63) |
| 02/05/24 | 2,263 | ($5.63) |
| 02/05/24 | 7,532 | ($5.51) |
| 02/05/24 | 358 | ($5.51) |
| 02/05/24 | 358 | ($5.51) |
| 02/05/24 | 716 | ($5.51) |
| 02/05/24 | 358 | ($5.51) |
| 02/05/24 | 358 | ($5.51) |
| 02/05/24 | 320 | ($5.51) |
| 02/05/24 | 1 | ($5.51) |
| 02/05/24 | 100 | ($5.51) |
| 02/05/24 | 1 | ($5.51) |

| Date | Quantity | Price |
|---|---|---|
| 02/05/24 | 16 | ($5.51) |
| 02/05/24 | 3 | ($5.51) |
| 02/05/24 | 200 | ($5.51) |
| 02/05/24 | 3 | ($5.51) |
| 02/05/24 | 100 | ($5.51) |
| 02/05/24 | 200 | ($5.51) |
| 02/05/24 | 100 | ($5.51) |
| 02/05/24 | 100 | ($5.51) |
| 02/05/24 | 100 | ($5.51) |
| 02/05/24 | 299 | ($5.51) |
| 02/05/24 | 100 | ($5.51) |
| 02/05/24 | 1 | ($5.51) |
| 02/05/24 | 9 | ($5.51) |
| 02/05/24 | 40 | ($5.51) |
| 02/05/24 | 10 | ($5.51) |
| 02/05/24 | 1 | ($5.51) |
| 02/05/24 | 400 | ($5.51) |
| 02/05/24 | 3,216 | ($5.51) |
| 02/05/24 | 500 | ($5.41) |
| 02/05/24 | 481 | ($5.41) |
| 02/05/24 | 1 | ($5.41) |
| 02/05/24 | 1,150 | ($5.41) |
| 02/05/24 | 1,868 | ($5.41) |
| 02/05/24 | 200 | ($5.31) |
| 02/05/24 | 200 | ($5.31) |
| 02/05/24 | 400 | ($5.31) |
| 02/05/24 | 1,099 | ($5.31) |
| 02/05/24 | 1 | ($5.31) |
| 02/05/24 | 100 | ($5.31) |
| 02/09/24 | 170 | ($5.24) |
| 02/09/24 | 1 | ($5.24) |
| 02/09/24 | 3,000 | ($5.24) |
| 02/09/24 | 829 | ($5.24) |
| 02/12/24 | 4,000 | ($5.24) |
| 02/13/24 | 400 | ($5.11) |
| 02/13/24 | 100 | ($5.11) |
| 02/13/24 | 100 | ($5.11) |
| 02/13/24 | 100 | ($5.11) |
| 02/13/24 | 500 | ($5.11) |
| 02/13/24 | 500 | ($5.11) |
| 02/13/24 | 300 | ($5.11) |
| 02/20/24 | 200 | ($5.19) |
| 02/20/24 | 400 | ($5.19) |
| 02/20/24 | 800 | ($5.19) |
| 02/20/24 | 600 | ($5.19) |
| 04/02/24* | 100 | ($4.65) |

* The price reflects the settlement date