# Exhibit 3

**VinFast Auto Ltd. f/k/a Black Spade Aquisition Co. Loss Chart**
pursuant and/or traceable to the prospectus and registration statement issued in connection with the Company's August 14, 2023 merger; and/or (ii) between August 15, 2023 and April 17, 2024

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Notes |
|------|----------------|--------|-----------------|-------|-----------|--------|-----------------|-------|-----------------|----------------|-----------------|-------|
| | | | | | | | | | | | | Lookback Price |
| | | | | | | | | | | | | 3.807 |
| Meng Qian | 1/17/2024 | 100 | ($5.64) | ($564.00) | | | | | | | | |
| | 1/17/2024 | 100 | ($5.64) | ($564.00) | | | | | | | | |
| | 1/26/2024 | 156 | ($6.01) | ($937.56) | | | | | | | | |
| | 1/26/2024 | 144 | ($6.01) | ($865.44) | | | | | | | | |
| | 1/26/2024 | 200 | ($6.01) | ($1,202.00) | | | | | | | | |
| | 1/26/2024 | 100 | ($6.01) | ($601.00) | | | | | | | | |
| | 1/26/2024 | 400 | ($6.01) | ($2,404.00) | | | | | | | | |
| | 1/29/2024 | 90 | ($5.92) | ($532.80) | | | | | | | | |
| | 1/29/2024 | 25 | ($5.92) | ($148.00) | | | | | | | | |
| | 1/29/2024 | 1,632 | ($5.92) | ($9,661.44) | | | | | | | | |
| | 1/29/2024 | 253 | ($5.92) | ($1,497.76) | | | | | | | | |
| | 1/30/2024 | 4,000 | ($5.95) | ($23,800.00) | | | | | | | | |
| | 2/2/2024 | 4,000 | ($5.89) | ($23,560.00) | | | | | | | | |
| | 2/2/2024 | 630 | ($5.71) | ($3,597.30) | | | | | | | | |
| | 2/2/2024 | 100 | ($5.71) | ($571.00) | | | | | | | | |
| | 2/2/2024 | 445 | ($5.71) | ($2,540.95) | | | | | | | | |
| | 2/2/2024 | 255 | ($5.71) | ($1,456.05) | | | | | | | | |
| | 2/2/2024 | 70 | ($5.71) | ($399.70) | | | | | | | | |
| | 2/2/2024 | 500 | ($5.71) | ($2,855.00) | | | | | | | | |
| | 2/2/2024 | 634 | ($5.71) | ($3,620.14) | | | | | | | | |
| | 2/2/2024 | 100 | ($5.71) | ($571.00) | | | | | | | | |
| | 2/2/2024 | 1,800 | ($5.71) | ($10,278.00) | | | | | | | | |
| | 2/2/2024 | 144 | ($5.71) | ($822.24) | | | | | | | | |
| | 2/2/2024 | 600 | ($5.71) | ($3,426.00) | | | | | | | | |
| | 2/2/2024 | 66 | ($5.71) | ($376.86) | | | | | | | | |
| | 2/5/2024 | 227 | ($5.63) | ($1,278.01) | | | | | | | | |
| | 2/5/2024 | 2,510 | ($5.63) | ($14,131.30) | | | | | | | | |
| | 2/5/2024 | 2,263 | ($5.63) | ($12,740.69) | | | | | | | | |
| | 2/5/2024 | 7,532 | ($5.51) | ($41,501.32) | | | | | | | | |
| | 2/5/2024 | 358 | ($5.51) | ($1,972.58) | | | | | | | | |
| | 2/5/2024 | 358 | ($5.51) | ($1,972.58) | | | | | | | | |
| | 2/5/2024 | 716 | ($5.51) | ($3,945.16) | | | | | | | | |
| | 2/5/2024 | 358 | ($5.51) | ($1,972.58) | | | | | | | | |
| | 2/5/2024 | 358 | ($5.51) | ($1,972.58) | | | | | | | | |
| | 2/5/2024 | 320 | ($5.51) | ($1,763.20) | | | | | | | | |
| | 2/5/2024 | 1 | ($5.51) | ($5.51) | | | | | | | | |
| | 2/5/2024 | 100 | ($5.51) | ($551.00) | | | | | | | | |
| | 2/5/2024 | 1 | ($5.51) | ($5.51) | | | | | | | | |
| | 2/5/2024 | 16 | ($5.51) | ($88.16) | | | | | | | | |
| | 2/5/2024 | 200 | ($5.51) | ($1,102.00) | | | | | | | | |
| | 2/5/2024 | 3 | ($5.51) | ($16.53) | | | | | | | | |
| | 2/5/2024 | 100 | ($5.51) | ($551.00) | | | | | | | | |
| | 2/5/2024 | 200 | ($5.51) | ($1,102.00) | | | | | | | | |
| | 2/5/2024 | 100 | ($5.51) | ($551.00) | | | | | | | | |
| | 2/5/2024 | 100 | ($5.51) | ($551.00) | | | | | | | | |
| | 2/5/2024 | 100 | ($5.51) | ($551.00) | | | | | | | | |
| | 2/5/2024 | 299 | ($5.51) | ($1,647.49) | | | | | | | | |
| | 2/5/2024 | 100 | ($5.51) | ($551.00) | | | | | | | | |
| | 2/5/2024 | 1 | ($5.51) | ($5.51) | | | | | | | | |
| | 2/5/2024 | 9 | ($5.51) | ($49.59) | | | | | | | | |
| | 2/5/2024 | 40 | ($5.51) | ($220.40) | | | | | | | | |
| | 2/5/2024 | 10 | ($5.51) | ($55.10) | | | | | | | | |
| | 2/5/2024 | 1 | ($5.51) | ($5.51) | | | | | | | | |
| | 2/5/2024 | 400 | ($5.51) | ($2,204.00) | | | | | | | | |
| | 2/5/2024 | 3,216 | ($5.51) | ($17,720.16) | | | | | | | | |
| | 2/5/2024 | 500 | ($5.41) | ($2,705.00) | | | | | | | | |
| | 2/5/2024 | 481 | ($5.41) | ($2,602.21) | | | | | | | | |
| | 2/5/2024 | 1 | ($5.41) | ($5.41) | | | | | | | | |
| | 2/5/2024 | 1,150 | ($5.41) | ($6,221.50) | | | | | | | | |
| | 2/5/2024 | 1,868 | ($5.41) | ($10,105.88) | | | | | | | | |
| | 2/5/2024 | 200 | ($5.31) | ($1,062.00) | | | | | | | | |
| | 2/5/2024 | 200 | ($5.31) | ($1,062.00) | | | | | | | | |
| | 2/5/2024 | 400 | ($5.31) | ($2,124.00) | | | | | | | | |
| | 2/5/2024 | 1,099 | ($5.31) | ($5,835.69) | | | | | | | | |
| | 2/5/2024 | 1 | ($5.31) | ($5.31) | | | | | | | | |
| | 2/5/2024 | 100 | ($5.31) | ($531.00) | | | | | | | | |
| | 2/9/2024 | 170 | ($5.24) | ($890.80) | | | | | | | | |
| | 2/9/2024 | 1 | ($5.24) | ($5.24) | | | | | | | | |
| | 2/9/2024 | 3,000 | ($5.24) | ($15,720.00) | | | | | | | | |
| | 2/9/2024 | 829 | ($5.24) | ($4,343.96) | | | | | | | | |
| | 2/12/2024 | 4,000 | ($5.24) | ($20,960.00) | | | | | | | | |

| | | | | | | | |
|---|---:|---:|---:|---|---:|---:|---:|
| 2/13/2024 | 400 | ($5.11) | ($2,044.00) | | | | |
| 2/13/2024 | 100 | ($5.11) | ($511.00) | | | | |
| 2/13/2024 | 100 | ($5.11) | ($511.00) | | | | |
| 2/13/2024 | 100 | ($5.11) | ($511.00) | | | | |
| 2/13/2024 | 500 | ($5.11) | ($2,555.00) | | | | |
| 2/13/2024 | 500 | ($5.11) | ($2,555.00) | | | | |
| 2/13/2024 | 300 | ($5.11) | ($1,533.00) | | | | |
| 2/20/2024 | 200 | ($5.19) | ($1,038.00) | | | | |
| 2/20/2024 | 400 | ($5.19) | ($2,076.00) | | | | |
| 2/20/2024 | 800 | ($5.19) | ($4,152.00) | | | | |
| 2/20/2024 | 600 | ($5.19) | ($3,114.00) | | | | |
| 4/2/2024 | 100 | ($4.65) | ($465.00) | | | | |
| | 54,641 | | ($302,880.71) | | 54,641 | $208,005.00 | ($94,875.71) |