# EXHIBIT A

**VinFast Auto Ltd. (VFS)**
**Class Period: August 15, 2023 to April 17, 2024**
**IPO Date: August 15, 2023 through SPAC**
**IPO Price: $22.00 Share**
**(Includes 90-Day Sales @ Statutory Pricing)**

|  |  |  |  |  |  | 55-Days* |  |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | **Mean Price** |  |
|  |  |  |  |  | **10b** | **$3.7782** |  |
|  |  |  |  |  | **11** | **$3.6000** |  |

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Value | 10b Estimated Gain(Loss) | 11 Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mahmoud Zayan | 10/2/2023 | 2,500 | $10.1000 | ($25,250) | 10/4/2023 | (5,000) | $8.0500 | $40,250 |  |  |  |  |
| Mahmoud Zayan | 10/2/2023 | 5,000 | $10.2500 | ($51,250) | 12/29/2023 | (1,695) | $8.3600 | $14,170 |  |  |  |  |
| Mahmoud Zayan | 10/4/2023 | 25,000 | $8.5000 | ($212,500) | 12/29/2023 | (805) | $8.3601 | $6,730 |  |  |  |  |
| **Mahmoud Zayan** |  | **32,500** |  | **($289,000)** |  | **(7,500)** |  | **$61,150** | **25,000** | **$94,454** | **($133,396)** | **($137,850)** |

*Avg Closing Prices from April 17, 2024 to June 10, 2024