# EXHIBIT C

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1. I, Mahmoud Zayan _____, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against VinFast Auto Ltd. ("VinFast") and authorize the filing of a comparable complaint on my behalf.

3. I did not purchase or acquire VinFast securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4. I am willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired VinFast securities: (a) pursuant and/or traceable to the Offering Documents issued in connection with the Merger consummated on August 14, 2023; and/or (b) during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. The attached sheet lists all of my transactions in VinFast securities pursuant and/or traceable to the Merger and/or during the Class Period as specified in the Complaint.

6. During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7. I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed  June 11, 2024
_____
(Date)

DocuSigned by:

*Mahmoud Zayan*

99BCC1BD5B2E486...    _____
(Signature)

Mahmoud Zayan
_____
(Type or Print Name)

**VinFast Auto Ltd. (VFS)**                                                                          **Mahmoud Zayan**

### List of Purchases/Acquisitions and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase/Acquisition | 10/2/2023 | 2,500 | $10.1000 |
| Purchase/Acquisition | 10/2/2023 | 5,000 | $10.2500 |
| Purchase/Acquisition | 10/4/2023 | 25,000 | $8.5000 |
| Sale | 10/4/2023 | (5,000) | $8.0500 |
| Sale | 12/29/2023 | (1,695) | $8.3600 |
| Sale | 12/29/2023 | (805) | $8.3601 |