UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

JEREMIE COMEAU, Individually and on
Behalf of All Others Similarly Situated,

                 Plaintiff,

   vs.

VINFAST AUTO LTD., LE THI THU THUY,
PHAM NHAT VUONG, DAVID
MANSFIELD, ANH THI LAN NGUYEN,
NGAN WAN SING WINSTON, LING
CHUNG YEE ROY, PHAM NGUYEN ANH
THU, and NGUYEN THI VAN TRINH,

            Defendants.

:   Civil Action No. 1:24-cv-02750-NGG-RML

:   <u>CLASS ACTION</u>

---------------------------------------------------------------- x

MENG QIAN, Individually and on Behalf of
All Others Similarly Situated,

                 Plaintiff,

   vs.

VINFAST AUTO LTD., LE THI THU THUY,
PHAM NHAT VUONG, DAVID
MANSFIELD, ANH THI LAN NGUYEN,
NGAN WAN SING WINSTON, LING
CHUNG YEE ROY, PHAM NGUYEN ANH
THU, and NGUYEN THI VAN TRINH,

            Defendants.

:   Civil Action No. 1:24-cv-03956-NRM-TAM

:   <u>CLASS ACTION</u>

---------------------------------------------------------------- x

NOTICE OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT
AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF
LEAD COUNSEL

4889-6773-5750.v1

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that, on a date and at a time designated by the Court, Dr. Filippo Nannicini, Alessandra Nannucci, and Lorenzo Nannicini will respectfully move this Court, pursuant to the Securities Act of 1933, 15 U.S.C.§77z-1(a)(3)(B), and the Securities Exchange Act of 1934, 15 U.S.C.§78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), before the Honorable Nicholas G. Garaufis at the United States District Court for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York, 11201, for entry of an order: (1) consolidating the above-captioned related securities class actions; (2) appointing the Nannicinis as Lead Plaintiff pursuant to the PSLRA, 15 U.S.C. §77z-1, *et seq.* and 15 U.S.C. §78u-4, *et seq.*; and (3) approving the Nannicinis' selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel for the proposed class.[1]  In support of this Motion, the Nannicinis submit the accompanying Memorandum of Law, Joint Declaration, the Declaration of David A. Rosenfeld, and a [Proposed] Order.

DATED:  June 11, 2024

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD

*s/ David A. Rosenfeld*
DAVID A. ROSENFELD

---

[1]    Counsel for the Nannicinis are aware of this Court's requirement that motion-related papers are not to be filed until the entire motion is fully briefed.  However, the PSLRA requires any class member, regardless of whether they filed a complaint, to file a motion no later than 60 days after publication of the notice.  *See* 15 U.S.C. §78u-4(a)(3)(A), 15 U.S.C. §77z-1(a)(3)(A).  The notice in this case was published on April 12, 2024 and all motions are statutorily due by June 11, 2024. Accordingly, to comply with the PSLRA, counsel respectfully requests waiver of compliance with Your Honor's requirement in this narrow instance.

- 1 -

4889-6773-5750.v1

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
JUAN CARLOS SANCHEZ
KENNETH P. DOLITSKY
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
jsanchez@rgrdlaw.com
kdolitsky@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

- 2 -

4889-6773-5750.v1