UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————— x

JEREMIE COMEAU, Individually and on Behalf of All Others Similarly Situated,

                Plaintiff,

    vs.

VINFAST AUTO LTD., LE THI THU THUY, PHAM NHAT VUONG, DAVID MANSFIELD, ANH THI LAN NGUYEN, NGAN WAN SING WINSTON, LING CHUNG YEE ROY, PHAM NGUYEN ANH THU, and NGUYEN THI VAN TRINH,

                Defendants.

———————————————————— x

: Civil Action No. 1:24-cv-02750-NGG-RML

: CLASS ACTION

MENG QIAN, Individually and on Behalf of All Others Similarly Situated,

                Plaintiff,

    vs.

VINFAST AUTO LTD., LE THI THU THUY, PHAM NHAT VUONG, DAVID MANSFIELD, ANH THI LAN NGUYEN, NGAN WAN SING WINSTON, LING CHUNG YEE ROY, PHAM NGUYEN ANH THU, and NGUYEN THI VAN TRINH,

                Defendants.

———————————————————— x

: Civil Action No. 1:24-cv-03956-NRM-TAM

: CLASS ACTION

[PROPOSED] ORDER IN SUPPORT OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

4874-2803-2966.v1

Having considered Dr. Filippo Nannicini, Alessandra Nannucci, and Lorenzo Nannicini's

Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead

Plaintiff's Selection of Lead Counsel, and good cause appearing therefor, the Court ORDERS as

follows:

1.      The Motion is GRANTED.

2.      Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *Comeau v. VinFast

Auto Ltd.*, No. 1:24-cv-02750-NGG-RML; and *Qian v. VinFast Auto Ltd.*, No. 1:24-cv-03956-NRM-

TAM are consolidated as:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE VINFAST AUTO LTD. SEC. LITIG. | ) | Master File No. 1:24-cv-02750-NGG-RML |
| | ) | |
| | ) | <u>CLASS ACTION</u> |
| This Document Relates To: | ) | |
| ALL ACTIONS. | ) | |
| | ) | |
| | ) | |

(a)      The file in Case No. 1:24-cv-02750-NGG-RML shall constitute the master file

for every action in the consolidated action.  The Clerk shall administratively close the other action.

When the document being filed pertains to all actions, the phrase "All Actions" shall appear

immediately after the phrase "This Document Relates To:".  When a pleading applies to some, but

not all, of the actions, the document shall list, immediately after the phrase "This Document Relates

To:", the docket number for each individual action to which the document applies, along with the

last name of the first-listed plaintiff in said action;

(b)      All securities class actions arising out of the same facts and claims on behalf

of purchasers or acquirers of VinFast Auto Ltd. securities subsequently filed in, or transferred to, this

District shall be consolidated into this action.  The parties shall notify the Court of any other such

- 1 -

related action within a reasonable time of becoming aware of such related action.  This Order shall apply to every such action, absent an order of the Court.  A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action; and

3.      Dr. Filippo Nannicini, Alessandra Nannucci, and Lorenzo Nannicini are appointed as Lead Plaintiff for the class pursuant to 15 U.S.C. §77z-1(a)(3)(B)(iii) and 15 U.S.C. §78u-4(a)(3)(B)(iii).

5.      Dr. Filippo Nannicini, Alessandra Nannucci, and Lorenzo Nannicini's selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel is hereby approved, pursuant to 15 U.S.C. §77z-1(a)(3)(B)(v) and 15 U.S.C. §78u-4(a)(3)(B)(v).  Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

(a)      the briefing and argument of any and all motions;

(b)      the conduct of any and all discovery proceedings including depositions;

(c)      settlement negotiations;

(d)      the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and delegation of work responsibilities to selected counsel as may be required;

(e)      the preparation and filing of all pleadings; and

(f)      the supervision of all other matters concerning the prosecution or resolution of the consolidated action.

6.      Counsel in any related action that is consolidated with this action shall be bound by the organization of plaintiffs' counsel as set forth herein.

4874-2803-2966.v1

IT IS SO ORDERED.

DATED: _____     _____

THE HONORABLE NICHOLAS G. GARAUFIS
UNITED STATES DISTRICT JUDGE

4874-2803-2966.v1