UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

|  |  |
|---|---|
| JEREMIE COMEAU, Individually and on Behalf of All Others Similarly Situated, | x : Civil Action No. 1:24-cv-02750-NGG-RML |

JEREMIE COMEAU, Individually and on
Behalf of All Others Similarly Situated,          :   Civil Action No. 1:24-cv-02750-NGG-RML

                                                  :   CLASS ACTION
                     Plaintiff,                   :

                                                  :
         vs.                                      :
                                                  :
VINFAST AUTO LTD., LE THI THU THUY,               :
PHAM NHAT VUONG, DAVID                            :
MANSFIELD, ANH THI LAN NGUYEN,                    :
NGAN WAN SING WINSTON, LING                       :
CHUNG YEE ROY, PHAM NGUYEN ANH                    :
THU, and NGUYEN THI VAN TRINH,                    :
                                                  :
                     Defendants.                  :
                                                  :
_____   x
MENG QIAN, Individually and on Behalf of          :   Civil Action No. 1:24-cv-03956-NRM-TAM
All Others Similarly Situated,                    :
                                                  :   CLASS ACTION
                     Plaintiff,                   :
                                                  :
         vs.                                      :
                                                  :
VINFAST AUTO LTD., LE THI THU THUY,               :
PHAM NHAT VUONG, DAVID                            :
MANSFIELD, ANH THI LAN NGUYEN,                    :
NGAN WAN SING WINSTON, LING                       :
CHUNG YEE ROY, PHAM NGUYEN ANH                    :
THU, and NGUYEN THI VAN TRINH,                    :
                                                  :
                     Defendants.                  :
                                                  x

**DECLARATION OF DAVID A. ROSENFELD IN SUPPORT OF MOTION FOR
CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND
APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL**

4876-6055-4694.v1

I, DAVID A. ROSENFELD, declare as follows:

1.      I am an attorney duly licensed to practice before the courts of the State of New York and this Court.  I am a member of Robbins Geller Rudman & Dowd LLP, counsel for movant Dr. Filippo Nannicini, Alessandra Nannucci, and Lorenzo Nannicini and proposed lead counsel for the class in the above-captioned securities class action.  I make this declaration in support of the Nannicinis' Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:     Notice of pendency of first-filed class action published in *PRNewswire*, a national business-oriented wire service, on April 12, 2024;

Exhibit B:     The Nannicinis' Sworn Certifications;

Exhibit C:     Chart of the Nannicinis' estimated losses, prepared by counsel; and

Exhibit D:     The Nannicinis' Joint Declaration

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 11th day of June, 2024.

*s/ David A. Rosenfeld*
_____
DAVID A. ROSENFELD

4876-6055-4694.v1