# EXHIBIT C

Movants' Purchases and Losses

VinFast Auto Ltd.

Class Period: 08/15/2023 - 04/17/2024

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Dr. Filippo Nannicini - Account 1** | 08/29/2023 | 2 | $48.63 | $97.26 | 08/29/2023 | 220 | $55.90 | $12,298.00 | |
| | 08/29/2023 | 15 | $48.70 | $730.50 | 08/30/2023 | 200 | $53.88 | $10,776.00 | |
| | 08/29/2023 | 10 | $48.63 | $486.30 | 08/30/2023 | 700 | $53.88 | $37,716.00 | |
| | 08/29/2023 | 25 | $48.63 | $1,215.75 | 08/30/2023 | 100 | $53.88 | $5,388.00 | |
| | 08/29/2023 | 80 | $48.63 | $3,890.40 | 08/30/2023 | 2 | $53.88 | $107.76 | |
| | 08/29/2023 | 18 | $48.60 | $874.80 | 08/30/2023 | 48 | $53.88 | $2,586.24 | |
| | 08/29/2023 | 120 | $49.70 | $5,964.00 | held | 7,400 | $3.81 | $28,170.00 | |
| | 08/29/2023 | 28 | $49.88 | $1,396.64 | | | | | |
| | 08/29/2023 | 12 | $49.88 | $598.56 | | | | | |
| | 08/29/2023 | 10 | $49.85 | $498.50 | | | | | |
| | 08/29/2023 | 25 | $49.85 | $1,246.25 | | | | | |
| | 08/29/2023 | 10 | $49.84 | $498.40 | | | | | |
| | 08/29/2023 | 10 | $49.82 | $498.20 | | | | | |
| | 08/29/2023 | 25 | $49.80 | $1,245.00 | | | | | |
| | 08/29/2023 | 10 | $49.78 | $497.80 | | | | | |
| | 08/29/2023 | 130 | $49.83 | $6,477.90 | | | | | |
| | 08/29/2023 | 260 | $50.00 | $13,000.00 | | | | | |
| | 08/29/2023 | 120 | $50.20 | $6,024.00 | | | | | |
| | 08/29/2023 | 16 | $50.45 | $807.20 | | | | | |
| | 08/29/2023 | 10 | $50.45 | $504.50 | | | | | |
| | 08/29/2023 | 2 | $50.44 | $100.88 | | | | | |
| | 08/29/2023 | 5 | $50.40 | $252.00 | | | | | |
| | 08/29/2023 | 10 | $50.32 | $503.20 | | | | | |
| | 08/29/2023 | 5 | $50.32 | $251.60 | | | | | |
| | 08/29/2023 | 10 | $50.31 | $503.10 | | | | | |
| | 08/29/2023 | 10 | $50.31 | $503.10 | | | | | |
| | 08/29/2023 | 25 | $50.30 | $1,257.50 | | | | | |
| | 08/29/2023 | 25 | $50.29 | $1,257.25 | | | | | |
| | 08/29/2023 | 10 | $50.28 | $502.80 | | | | | |
| | 08/29/2023 | 2 | $50.29 | $100.58 | | | | | |
| | 08/29/2023 | 10 | $50.45 | $504.50 | | | | | |
| | 08/29/2023 | 4 | $54.09 | $216.36 | | | | | |
| | 08/29/2023 | 10 | $54.09 | $540.90 | | | | | |
| | 08/29/2023 | 68 | $54.09 | $3,678.12 | | | | | |
| | 08/29/2023 | 9 | $54.09 | $486.81 | | | | | |
| | 08/29/2023 | 10 | $54.08 | $540.80 | | | | | |
| | 08/29/2023 | 19 | $54.09 | $1,027.71 | | | | | |
| | 08/29/2023 | 35 | $53.59 | $1,875.65 | | | | | |
| | 08/29/2023 | 15 | $54.70 | $820.50 | | | | | |
| | 08/29/2023 | 50 | $55.00 | $2,750.00 | | | | | |
| | 08/30/2023 | 262 | $44.60 | $11,685.20 | | | | | |
| | 08/30/2023 | 88 | $44.60 | $3,924.80 | | | | | |
| | 08/30/2023 | 150 | $44.99 | $6,748.50 | | | | | |
| | 08/30/2023 | 100 | $45.26 | $4,526.00 | | | | | |
| | 08/30/2023 | 100 | $45.23 | $4,523.00 | | | | | |
| | 08/30/2023 | 320 | $45.83 | $14,665.60 | | | | | |
| | 08/30/2023 | 158 | $44.70 | $7,062.60 | | | | | |
| | 08/30/2023 | 22 | $44.70 | $983.40 | | | | | |

| Date | Shares | Price | Total | Date | Shares | Price | Total | Loss |
|---|---|---|---|---|---|---|---|---|
| 08/30/2023 | 300 | $44.30 | $13,290.00 | | | | | |
| 08/30/2023 | 200 | $47.79 | $9,558.00 | | | | | |
| 08/30/2023 | 200 | $47.68 | $9,536.00 | | | | | |
| 08/30/2023 | 200 | $48.30 | $9,660.00 | | | | | |
| 08/30/2023 | 100 | $49.85 | $4,985.00 | | | | | |
| 08/30/2023 | 50 | $50.30 | $2,515.00 | | | | | |
| 08/30/2023 | 50 | $50.00 | $2,500.00 | | | | | |
| 08/30/2023 | 15 | $49.90 | $748.50 | | | | | |
| 08/30/2023 | 35 | $49.90 | $1,746.50 | | | | | |
| 08/30/2023 | 50 | $50.04 | $2,502.00 | | | | | |
| 08/30/2023 | 100 | $50.10 | $5,010.00 | | | | | |
| 08/30/2023 | 24 | $50.95 | $1,222.80 | | | | | |
| 08/30/2023 | 25 | $50.95 | $1,273.75 | | | | | |
| 08/30/2023 | 25 | $50.95 | $1,273.75 | | | | | |
| 08/30/2023 | 100 | $50.94 | $5,094.00 | | | | | |
| 08/30/2023 | 1 | $50.92 | $50.92 | | | | | |
| 08/30/2023 | 25 | $50.89 | $1,272.25 | | | | | |
| 09/27/2023 | 1,100 | $11.62 | $12,782.00 | | | | | |
| 09/27/2023 | 147 | $11.62 | $1,708.14 | | | | | |
| 09/27/2023 | 100 | $11.62 | $1,162.00 | | | | | |
| 09/27/2023 | 100 | $11.62 | $1,162.00 | | | | | |
| 09/27/2023 | 100 | $11.62 | $1,162.00 | | | | | |
| 09/27/2023 | 100 | $11.62 | $1,162.00 | | | | | |
| 09/27/2023 | 900 | $11.62 | $10,458.00 | | | | | |
| 09/27/2023 | 109 | $11.60 | $1,264.40 | | | | | |
| 09/27/2023 | 55 | $11.60 | $638.00 | | | | | |
| 09/27/2023 | 100 | $11.60 | $1,160.00 | | | | | |
| 09/27/2023 | 73 | $11.60 | $846.80 | | | | | |
| 09/27/2023 | 100 | $11.60 | $1,160.00 | | | | | |
| 09/27/2023 | 8 | $11.60 | $92.80 | | | | | |
| 09/27/2023 | 8 | $11.60 | $92.80 | | | | | |
| 09/27/2023 | 100 | $11.60 | $1,160.00 | | | | | |
| 09/27/2023 | 100 | $11.60 | $1,159.50 | | | | | |
| 09/27/2023 | 1,500 | $11.78 | $17,675.70 | | | | | |
| | **8,670** | | **$245,429.03** | | **8,670** | | **$97,042.00** | **($148,387.03)** |

**Alessandra Nannucci - Account 2**

| Date | Shares | Price | Total | Date | Shares | Price | Total |
|---|---|---|---|---|---|---|---|
| 08/30/2023 | 100 | $44.00 | $4,400.00 | 08/30/2023 | 300 | $46.63 | $13,989.00 |
| 08/30/2023 | 100 | $44.50 | $4,450.00 | 08/30/2023 | 169 | $46.63 | $7,880.47 |
| 08/30/2023 | 52 | $44.37 | $2,307.24 | 08/30/2023 | 1 | $46.63 | $46.63 |
| 08/30/2023 | 47 | $44.37 | $2,085.39 | 08/30/2023 | 20 | $46.63 | $932.60 |
| 08/30/2023 | 1 | $44.37 | $44.37 | 08/30/2023 | 10 | $46.63 | $466.30 |
| 08/30/2023 | 100 | $44.37 | $4,437.00 | 08/30/2023 | 50 | $46.66 | $2,333.00 |
| 08/30/2023 | 69 | $44.29 | $3,056.01 | 08/30/2023 | 10 | $46.66 | $466.60 |
| 08/30/2023 | 10 | $44.28 | $442.80 | 08/30/2023 | 10 | $46.66 | $466.60 |
| 08/30/2023 | 100 | $44.22 | $4,422.00 | 08/30/2023 | 25 | $46.66 | $1,166.50 |
| 08/30/2023 | 81 | $44.22 | $3,581.82 | 08/30/2023 | 25 | $46.67 | $1,166.75 |
| 08/30/2023 | 40 | $44.14 | $1,765.40 | 08/30/2023 | 10 | $46.76 | $467.60 |
| 08/30/2023 | 80 | $44.90 | $3,592.00 | 08/30/2023 | 50 | $46.66 | $2,333.00 |
| 08/30/2023 | 200 | $45.08 | $9,016.00 | held | 7,350 | $3.81 | $27,979.66 |

Movants' Purchases and Losses    Case 1:24-cv-02750-NGG-SDE    Document 23-3    Filed 06/11/24    Page 4 of 5 PageID #:    VinFast Auto Ltd.

Class Period: 08/15/2023 - 04/17/2024

490

| Date | Shares | Price | Amount |
|---|---|---|---|
| 08/30/2023 | 400 | $45.45 | $18,180.00 |
| 09/27/2023 | 3 | $11.63 | $34.89 |
| 09/27/2023 | 66 | $11.61 | $766.26 |
| 09/27/2023 | 100 | $11.61 | $1,161.00 |
| 09/27/2023 | 100 | $11.61 | $1,161.00 |
| 09/27/2023 | 100 | $11.61 | $1,161.00 |
| 09/27/2023 | 100 | $11.61 | $1,161.00 |
| 09/27/2023 | 100 | $11.61 | $1,161.00 |
| 09/27/2023 | 1 | $11.63 | $11.63 |
| 09/27/2023 | 1 | $11.63 | $11.63 |
| 09/27/2023 | 1 | $11.63 | $11.63 |
| 09/27/2023 | 1 | $11.63 | $11.63 |
| 09/27/2023 | 2 | $11.63 | $23.26 |
| 09/27/2023 | 32 | $11.63 | $372.16 |
| 09/27/2023 | 5 | $11.63 | $58.15 |
| 09/27/2023 | 4 | $11.63 | $46.52 |
| 09/27/2023 | 7 | $11.63 | $81.41 |
| 09/27/2023 | 10 | $11.63 | $116.30 |
| 09/27/2023 | 14 | $11.63 | $162.82 |
| 09/27/2023 | 19 | $11.63 | $220.97 |
| 09/27/2023 | 73 | $11.63 | $848.99 |
| 09/27/2023 | 300 | $11.63 | $3,489.00 |
| 09/27/2023 | 100 | $11.63 | $1,163.00 |
| 09/27/2023 | 100 | $11.63 | $1,163.00 |
| 09/27/2023 | 1 | $11.63 | $11.63 |
| 09/27/2023 | 1 | $11.63 | $11.63 |
| 09/27/2023 | 99 | $11.61 | $1,149.39 |
| 09/27/2023 | 3 | $11.63 | $34.89 |
| 09/27/2023 | 3 | $11.63 | $34.89 |
| 09/27/2023 | 1 | $11.63 | $11.63 |
| 09/27/2023 | 3 | $11.63 | $34.89 |
| 09/27/2023 | 20 | $11.73 | $234.60 |
| 09/27/2023 | 80 | $11.73 | $938.40 |
| 09/27/2023 | 100 | $11.73 | $1,173.00 |
| 09/27/2023 | 100 | $11.73 | $1,173.00 |
| 09/27/2023 | 150 | $11.73 | $1,759.50 |
| 09/27/2023 | 100 | $11.72 | $1,172.00 |
| 09/27/2023 | 120 | $11.73 | $1,407.60 |
| 09/27/2023 | 100 | $11.73 | $1,173.00 |
| 09/27/2023 | 100 | $11.73 | $1,173.00 |
| 09/27/2023 | 100 | $11.73 | $1,173.00 |
| 09/27/2023 | 25 | $11.73 | $293.25 |
| 09/27/2023 | 98 | $11.73 | $1,149.54 |
| 09/27/2023 | 7 | $11.73 | $82.11 |
| 09/27/2023 | 100 | $11.72 | $1,172.00 |
| 09/27/2023 | 100 | $11.73 | $1,173.00 |
| 09/27/2023 | 100 | $11.73 | $1,173.00 |
| 09/27/2023 | 2,700 | $11.82 | $31,920.21 |
| 09/27/2023 | 100 | $11.83 | $1,182.99 |
| 09/27/2023 | 101 | $11.83 | $1,194.82 |
| 09/27/2023 | 99 | $11.82 | $1,170.18 |

Movants' Purchases and Losses    Case 1:24-cv-02750-NGG-SDE    Document 23-3    Filed 06/11/24    Page 5 of 5 PageID #: 491    VinFast Auto Ltd.

Class Period: 08/15/2023 - 04/17/2024

| | Date | Shares | Price | Cost | Date | Shares | Price | Proceeds | Loss |
|---|---|---|---|---|---|---|---|---|---|
| | 09/27/2023 | 100 | $11.82 | $1,182.00 | | | | | |
| | 09/27/2023 | 1 | $11.82 | $11.82 | | | | | |
| | 09/27/2023 | 99 | $11.81 | $1,169.19 | | | | | |
| | 09/27/2023 | 100 | $11.82 | $1,182.00 | | | | | |
| | 09/27/2023 | 400 | $11.89 | $4,757.52 | | | | | |
| | 09/27/2023 | 200 | $11.89 | $2,378.76 | | | | | |
| | | **8,030** | | **$140,036.72** | | **8,030** | | **$59,694.71** | **($80,342.01)** |
| **Alessandra Nannucci and Lorenzo Nannicini - Account 3** | 10/02/2023 | 80 | $10.09 | $807.19 | 01/10/2024 | 1,000 | $6.73 | $6,731.60 | |
| | 10/02/2023 | 400 | $10.82 | $4,329.52 | 01/10/2024 | 2,000 | $6.67 | $13,343.20 | |
| | 10/02/2023 | 500 | $10.86 | $5,429.25 | 01/11/2024 | 400 | $6.73 | $2,693.00 | |
| | 10/02/2023 | 161 | $10.90 | $1,754.90 | 01/11/2024 | 300 | $6.73 | $2,019.00 | |
| | 10/02/2023 | 72 | $10.90 | $784.80 | 01/11/2024 | 43 | $6.73 | $289.39 | |
| | 10/02/2023 | 767 | $10.90 | $8,360.30 | 01/11/2024 | 200 | $6.73 | $1,346.00 | |
| | 10/02/2023 | 275 | $11.24 | $3,091.00 | 01/11/2024 | 45 | $6.73 | $302.85 | |
| | 10/02/2023 | 700 | $11.24 | $7,868.00 | 01/11/2024 | 300 | $6.73 | $2,019.00 | |
| | 10/02/2023 | 25 | $11.24 | $281.00 | 01/11/2024 | 100 | $6.74 | $673.50 | |
| | 10/10/2023 | 400 | $7.27 | $2,908.00 | 01/11/2024 | 100 | $6.74 | $673.50 | |
| | 10/10/2023 | 100 | $7.27 | $727.00 | 01/11/2024 | 82 | $6.74 | $552.27 | |
| | 10/10/2023 | 100 | $7.26 | $725.99 | 01/11/2024 | 18 | $6.74 | $121.23 | |
| | 10/10/2023 | 200 | $7.27 | $1,454.00 | 01/11/2024 | 100 | $6.74 | $673.50 | |
| | 10/10/2023 | 20 | $7.26 | $145.20 | 01/11/2024 | 100 | $6.74 | $673.50 | |
| | 10/10/2023 | 100 | $7.26 | $726.00 | 01/11/2024 | 28 | $6.74 | $188.58 | |
| | 10/10/2023 | 200 | $7.27 | $1,454.00 | 01/11/2024 | 32 | $6.74 | $215.68 | |
| | 10/10/2023 | 100 | $7.26 | $725.50 | 01/11/2024 | 15 | $6.74 | $101.10 | |
| | 10/10/2023 | 100 | $7.26 | $725.50 | 01/11/2024 | 37 | $6.74 | $249.38 | |
| | 10/10/2023 | 600 | $7.24 | $4,342.14 | 01/11/2024 | 100 | $6.74 | $674.00 | |
| | 10/10/2023 | 1,100 | $7.24 | $7,964.00 | held | 6,000 | $3.81 | $22,840.54 | |
| | 12/28/2023 | 1,000 | $8.48 | $8,478.30 | | | | | |
| | 01/02/2024 | 2,000 | $7.06 | $14,117.00 | | | | | |
| | 01/02/2024 | 600 | $7.39 | $4,433.10 | | | | | |
| | 01/02/2024 | 320 | $7.44 | $2,380.32 | | | | | |
| | 01/02/2024 | 80 | $7.44 | $595.19 | | | | | |
| | 02/12/2024 | 600 | $5.30 | $3,179.10 | | | | | |
| | 02/12/2024 | 400 | $5.30 | $2,120.00 | | | | | |
| | | **11,000** | | **$89,906.30** | | **11,000** | | **$56,380.82** | **($33,525.48)** |
| **Movants' Total** | | **27,700** | | **$475,372.05** | | **27,700** | | **$213,117.53** | **($262,254.52)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period.  The price used is $3.81 as of June 10, 2024 for common stock.

Prices listed are rounded to two decimal places.