UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————————— x

JEREMIE COMEAU, Individually and on
Behalf of All Others Similarly Situated,

       Plaintiff,

  vs.

VINFAST AUTO LTD., LE THI THU THUY,
PHAM NHAT VUONG, DAVID
MANSFIELD, NGAN WAN SING
WINSTON, LING CHUNG YEE ROY,
PHAM NGUYEN ANH THU, and NGUYEN
THI VAN TRINH

       Defendants.

———————————————————————— x

:  Civil Action No. 1:24-cv-02750-NGG-SDE
:  (Consolidated)
:
:  CLASS ACTION

**DECLARATION OF ALAN I. ELLMAN IN SUPPORT OF PLAINTIFFS'
MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO
DISMISS THE CORRECTED AMENDED COMPLAINT**

I, Alan I. Ellman, declare under penalty of perjury pursuant to 28 U.S.C. §1746 as follows:

1.  I am a member of the Bar of the State of New York.  I am a partner in the law firm Robbins Geller Rudman & Dowd LLP, counsel for Lead Plaintiffs Dr. Filippo Nannicini, Alessandra Nannucci, and Lorenzo Nannicini in the above-captioned action and am admitted to practice before this Court.  I respectfully submit this Declaration in Support of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Corrected Amended Complaint.

2.  Attached hereto as Exhibit 1 is a true and correct copy of the December 18, 2024 BBC.com article entitled "*JLR whistleblower sacked for publishing concerns about VinFast cars, Electric car whistleblower sacked by Jaguar Land Rover.*"

3.  Attached hereto as Exhibit 2 is a true and correct copy of excerpts of VinFast Auto Ltd.'s Form 20-F Annual Report for the fiscal year ended December 31, 2024, filed with the SEC on April 28, 2025.

4.    Attached hereto as Exhibit 3 is a true and correct copy of excerpts of VinFast Auto Ltd.'s Proxy Statement/Prospectus filed with the SEC on July 28, 2023.

5.    Attached hereto as Exhibit 4 is a true and correct copy of the December 23, 2024 TheTimes.com (UK) article entitled "*Exposed: Engineers 'locked in factory' to finish 'unsafe' electric car.*"

6.    Attached hereto as Exhibit 5 is a true and correct copy of a Reuters.com article entitled "*Vietnam EV maker VinFast's challenges escalate risk for parent Vingroup,*" published on or about April 12, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on September 12, 2025, at Melville, New York.

DATED:  September 12, 2025


*/s/ Alan I. Ellman*
ALAN I. ELLMAN