# EXHIBIT 2

Case 1:24-cv-02750-NGG-SDE    Document 45-3    Filed 10/27/25    Page 2 of 4 PageID #: 1212

Table of Contents

---

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
WASHINGTON, D.C. 20549

# FORM 20-F

**(Mark One)**

☐ **REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR 12(g) OF THE SECURITIES EXCHANGE ACT OF 1934**

OR

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

*For the fiscal year ended December 31, 2024*

OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

OR

☐ **SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

Date of event requiring this shell company report: _____

Commission File Number: 001-41782

## VinFast Auto Ltd.

**(Exact name of Registrant as specified in its charter)**

| Not applicable | Singapore |
|---|---|
| **(Translation of Registrant's name into English)** | **(Jurisdiction of incorporation or organization)** |

**Dinh Vu – Cat Hai Economic Zone**
**Cat Hai Islands, Cat Hai Town, Cat Hai District**
**Hai Phong City, Vietnam**
**(Address of principal executive offices)**

**Le Thi Thu Thuy**
**Dinh Vu – Cat Hai Economic Zone**
**Cat Hai Islands, Cat Hai Town, Cat Hai District**
**Hai Phong City, Vietnam**
**+84 225 3969999**
**ir@vinfastauto.com**
**(Name, Telephone, Email and/or Facsimile number and Address of Company Contact Person)**

Securities registered or to be registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of exchange on which registered |
|---|---|---|
| Ordinary shares, no par value | VFS | The NASDAQ Stock Market LLC |
| Warrants, each exercisable for one ordinary share at an exercise price of $11.50 per ordinary share | VFSWW | The NASDAQ Stock Market LLC |

Securities registered or to be registered pursuant to Section 12(g) of the Act.

None
(Title of Class)

Table of Contents

***A considerable portion of our EV deliveries to date has been to certain affiliates.***

In 2024, 27.6% of our EV deliveries and 15.8% of our e-scooter deliveries were to parties related to our Company. The majority of these deliveries were to Green and Smart Mobility Joint Stock Company ("GSM"), which is an electric taxi company in Vietnam owned by Mr. Pham. In March 2023, we signed a vehicle sale agreement with GSM for the sale and delivery of up to 30,000 VinFast EVs and 200,000 VinFast e-scooters in 2023 and 2024. The final quantity of EVs and e-scooters to be sold will be determined by mutual agreement, and the price of each EV may be adjusted if our pricing policy to similar customers changes. We reserve the right to terminate this agreement if GSM fails to make a payment when due or does not accept vehicle delivery on the agreed date. In addition, in 2023, we reached separate agreements with GSM for the sale and delivery of nearly 20,000 additional EVs. If we do not fulfill our obligations under these agreements with GSM, GSM will be entitled to terminate such agreements, which could reduce our sales. In December 2024, we signed a sales framework agreement with GSM, outlining the underlying principles, general terms, and conditions for the sale and delivery of EVs and e-scooters. Pursuant to this agreement, specific terms such as the price, quantity, and delivery date of the vehicles, along with other conditions, will be determined according to each purchase plan notification. This agreement also covers the sale and delivery terms arising from previous sale agreements. As of December 31, 2024, we have delivered approximately 46,500 EVs and 41,650 e-scooters to GSM pursuant to these agreements.

In July 2024, our subsidiary, PT VinFast Automobile Indonesia ("VinFast Indonesia"), entered into sale agreement with PT. XanhSM Green and Smart Mobility Indonesia, a subsidiary of GSM, for the sale and delivery of approximately 3,000 EVs.

In July 2024, Green Future Services and Trading Joint Stock Company ("Green Future"), which is controlled by Mr. Pham as its majority shareholder, was established to promote green solutions through the sale of used EV merchandise and EV rental services. In the second half of 2024 and the first quarter of 2025, we entered into several vehicle sale agreements and purchase orders with Green Future for the sale and delivery of 274 used EVs (as a disposal of fixed assets) and 2,232 new EVs. As of December 31, 2024, we have delivered 128 EVs to Green Future.

We expect to continue to engage with our affiliates for the sale and delivery of our vehicles. If orders from our affiliates decrease in the future, our business, results of operations and financial condition would be adversely affected.

***Our corporate actions that require shareholders' approval will be substantially controlled by our controlling shareholders who will have the ability to control or influence such matters, which may prevent you and other shareholders from influencing significant decisions and reduce the value of your investment.***

As of the date of this Annual Report, Vingroup, VIG and Asian Star hold equity interests of 50.7%, 32.9% and 14.3% in our Company, respectively. Each of these shareholders is majority owned by our Managing Director and CEO, Mr. Pham. While our business will be managed by, or under the direction or supervision of, our directors, as long as these shareholders and Mr. Pham continue to control shares representing a majority of our voting power, they will generally be able to determine the outcome of all corporate actions requiring shareholders' approval, and control or influence the composition of the board of directors. Business opportunities may arise that are attractive to us and our controlling shareholders' other interests, and there can be no assurance that our controlling shareholders will direct those opportunities to us.

Our Managing Director and CEO, Mr. Pham, also holds the position of Chairman of Vingroup. This relationship could create, or appear to create, conflicts of interest when faced with decisions with potentially different implications for us and our Vingroup affiliates.

From time to time, members of VinFast's senior management may also hold positions at companies affiliated with Vingroup, VIG, or Asian Star. For example, Ms. Le is also the Chairwoman of VinFast Vietnam and the Vice Chairwoman of Vingroup, and Ms. Trinh serves on the boards of directors of Asian Star and several other affiliates of Vingroup. These roles may give rise to conflicts of interest in situations where the interests of our Company and those affiliates diverge or perceptions of conflicts of interests whether or not such conflicts exist.

Because our controlling shareholders' interests may differ from the interests of our other shareholders, actions taken by our controlling shareholders may be more favorable to those shareholders than to us or our other shareholders. This concentration of ownership may also discourage, delay or prevent a change in control of our Company.

19

Table of Contents

*Net (loss)/gain on financial instruments at fair value through profit or loss*

We had net loss on financial instruments at fair value through profit or loss of VND3,183.0 billion ($130.8 million) for the year ended December 31, 2024 compared to net loss on financial instruments at fair value through profit or loss of VND4,879.8 billion for the year ended December 31, 2023. This net loss was primarily due to changes in the fair value of our cross-currency interest rate swap contracts and changes in the fair value of the financial liability in respect of Dividend Preferred Shares issued by VinFast Vietnam and our warrants.

*Tax expense*

Our tax expenses decreased by VND106.6 billion, or 138.6%, to VND29.7 billion ($1.2 million) of income tax expense for the year ended December 31, 2024 compared to VND76.9 billion of income tax income for the year ended December 31, 2023. Tax expenses in 2024 comprise current income tax expenses of our subsidiaries in relation to the interest income from lending transaction and deferred income tax income in relation to realization of deferred tax liabilities from lease back transaction with VHIZ.

*Net loss for the year*

For the reasons described above, our net loss for the year increased by VND17,104.6 billion, or 28.4%, to VND77,354.9 billion ($3,178.8 million) for the year ended December 31, 2024 compared to VND60,250.3 billion for the year ended December 31, 2023.

**Comparison for the Years Ended December 31, 2022 and 2023**

*Revenues*

Our revenues increased by VND13,956.08 billion, or 100.2%, to VND27,883.8 billion for the year ended December 31, 2023 compared to VND13,927.7 billion for the year ended December 31, 2022, primarily due to an increase in revenue from sales of vehicles.

- *Sales of vehicles.* Our revenue from sales of vehicles increased by VND12,743.0 billion, or 100.7%, to VND25,398.1 billion for the year ended December 31, 2023 compared to VND12,655.2 billion for the year ended December 31, 2022, primarily due to an increase in vehicle sales volume and a shift in product mix away from ICE vehicles to EVs due to our phasing out of production of ICE vehicles in furtherance of our plan to fully transform into a pure EV player. In 2022, we sold approximately 17,270 ICE vehicles while in 2023, only approximately 210 were ICE vehicles. In 2022, we did not generate revenue from VF 9, VF 5 and VF 6 sales because we commenced delivery of these models in Vietnam in March, April and December 2023, respectively. The evolving product mix from 2022 to 2023 contributed to a higher average selling price. E-scooter sales volume also increased from 2022 to 2023, primarily due to increased sales of the Feliz and Evo e-scooter models. All of our sales in 2022 and the majority of our vehicle sales in 2023 were in Vietnam. In 2023, we also generated revenue from sales of the VF 8 in the North America market, which represented the beginning of our international rollout. Although the number of EVs that we sold to unrelated third parties increased from 2022 to 2023, our percentage of revenue from sales of vehicles to related parties increased from approximately 7.0% in 2022 to approximately 75.0% in 2023 primarily due to strong demand from Vingroup affiliates, in particular GSM, which placed large orders for EVs and e-scooters in order to build its fleet for its newly-launched taxi business.

- *Sales of merchandise.* Our revenue from sales of merchandise increased by VND30.6 billion, or 27.3%, to VND142.8 billion for the year ended December 31, 2023 compared to VND112.2 billion for the year ended December 31, 2022, primarily due to an increase in used automobiles sales volume in the last months of 2023.

- *Sales of spare parts and components.* Our revenue from sales of spare parts and components increased by VND165.1 billion, or 23.0%, to VND882.1 billion for the year ended December 31, 2023 compared to VND717.1 billion for the year ended December 31, 2022, primarily due to a increase in the volume of spare parts and components sold.

- *Rendering of services.* Our revenue from the rendering of services increased by VND232.6 billion, or 104.4%, to VND455.4 billion for the year ended December 31, 2023 compared to VND222.7 billion for the year ended December 31, 2022, mainly due to an increase in charging services and maintenance services provided at our service centers.

96