# EXHIBIT 3

**Table of Contents**

**Filed Pursuant to Rule 424(b)(3)**
**Registration Statement No. 333-272663**

**Table of Contents**

**PROXY STATEMENT/PROSPECTUS**

# VINFAST AUTO PTE. LTD.*   BLACK SPADE ACQUISITION CO

**PROXY STATEMENT FOR EXTRAORDINARY GENERAL MEETING OF
SHAREHOLDERS
OF
BLACK SPADE ACQUISITION CO
(A CAYMAN ISLANDS EXEMPTED COMPANY)**

**PROSPECTUS FOR UP TO 6,974,285 ORDINARY SHARES,
14,829,991 WARRANTS,
AND 14,829,991 ORDINARY SHARES UNDERLYING WARRANTS
OF**



The board of directors of Black Spade Acquisition Co, a Cayman Islands exempted company ("Black Spade" or "BSAQ"), has unanimously approved the business combination agreement, dated as of May 12, 2023, by and among Black Spade, VinFast Auto Pte. Ltd., a Singapore private limited company (the "Company" or "VinFast") and Nuevo Tech Limited, a Cayman Islands exempted company and wholly owned subsidiary of the Company ("Merger Sub") (the "Original Business Combination Agreement") as amended by the First Amendment to Business Combination Agreement, dated as of June 14, 2023 (the "First Amendment to Business Combination Agreement" and, together with the Original Business Combination Agreement and as may be further amended, supplemented or restated from time to time, the "Business Combination Agreement"). Pursuant to the Business Combination Agreement, Merger Sub will merge with and into Black Spade, with Black Spade surviving the merger (the "Business Combination"). As a result of the Business Combination, and upon consummation of the Business Combination and the other transactions contemplated by the Business Combination Agreement (collectively, the "Transactions"), Black Spade will become a wholly owned subsidiary of VinFast, with the securityholders of Black Spade becoming securityholders of VinFast.

Pursuant to the Business Combination Agreement, among other things, immediately prior to the effective time of the Merger (the "Effective Time"), (i) the amended and restated constitution of VinFast ("Constitution") will be adopted and become effective, and (ii) VinFast will effect a share consolidation or subdivision such that each ordinary share in the capital of VinFast, as of immediately prior to the Recapitalization (as defined below) (collectively, the "Pre-Recapitalization VinFast Shares") immediately prior to the Effective Time, will be consolidated or divided into a number of shares equal to the Adjustment Factor (as defined below) (items (i) through (ii), the "Recapitalization"). The "Adjustment Factor" is a number resulting from dividing the Per Share VinFast Equity Value by $10.00. The "Per Share VinFast Equity Value" is obtained by dividing (i) the equity value of VinFast (being $23,000,000,000) by (ii) the aggregate number of Pre-Recapitalization VinFast Shares that are issued and outstanding immediately prior to the Recapitalization. Upon the Recapitalization, each ordinary share in the capital of VinFast, as of immediately after the Recapitalization (the "VinFast ordinary share") will have a value of $10.00.

Pursuant to the Business Combination Agreement, immediately before the Effective Time, each issued and outstanding unit issued in Black Spade's Initial Public Offering (each, a "Unit"), consisting of one BSAQ Class A Ordinary Share and one-half of one Public Warrant, will be automatically separated and the holder thereof will be deemed to hold one BSAQ Class A Ordinary Share and one-half of one Public Warrant (the "Unit Separation"). No fractional Public Warrants will be issued in connection with such Unit Separation such that if a holder of such Units would be entitled to receive a fractional Public Warrant upon such Unit Separation, the number of Public Warrants to be issued to such holder upon such Unit Separation will be rounded down to the nearest whole number of Public Warrants and no cash will be paid in lieu of such fractional Public Warrants. Pursuant to the Business Combination Agreement, at the Effective Time and as a result of the Business Combination, (i) each Class B ordinary share of Black Spade, par value $0.0001 per share ("BSAQ Class B Ordinary Share") that is issued and outstanding immediately prior to the Effective Time will be converted into one VinFast ordinary share; (ii) each Class A

Table of Contents

### Results of Operations

The following table sets forth a summary of our consolidated statements of operations for the years presented, both in absolute amount and as a percentage of our revenues for the years presented. This information should be read together with our consolidated financial statements and related notes included elsewhere in this proxy statement/prospectus. The results of operations in any period are not necessarily indicative of our future trends.

| | For the Year Ended December 31, | | | | | For the Three Months Ended March 31, | | | | |
| | 2021 | | 2022 | | | 2022 | | 2023 | | |
| | (VND in billions) | % | (VND in billions) | (USD in millions) | % | (VND in billions) | % | (VND in billions) | (USD in millions) | % |
|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | |
| Sales of vehicles | 13,898.6 | 86.7 | 12,391.5 | 525.1 | 82.8 | 3,049.3 | 78.6 | 1,536.6 | 65.1 | 77.9 |
| Sales of merchandise | 1,405.4 | 8.8 | 112.2 | 4.8 | 0.7 | 46.4 | 1.2 | 38.3 | 1.6 | 1.9 |
| Sales of spare parts and components | 538.2 | 3.4 | 2,072.6 | 87.8 | 13.8 | 706.6 | 18.2 | 191.5 | 8.1 | 9.7 |
| Rendering of services | 96.6 | 0.6 | 222.7 | 9.4 | 1.5 | 49.6 | 1.3 | 74.7 | 3.2 | 3.8 |
| **Rental income** | | | | | | | | | | |
| Revenue from leasing activities | 89.4 | 0.5 | 166.5 | 7.1 | 1.1 | 26.5 | 0.7 | 130.5 | 5.5 | 6.6 |
| **Revenues** | **16,028.2** | **100.0** | **14,965.6** | **634.1** | **100.0** | **3,878.4** | **100.0** | **1,971.6** | **83.5** | **100.0** |
| Cost of vehicles sold | (23,327.0) | (145.5) | (24,660.1) | (1,044.9) | (164.8) | (5,690.9) | (146.7) | (5,239.2) | (222.0) | (265.7) |
| Cost of merchandise sold | (1,398.3) | (8.7) | (151.4) | (6.4) | (1.0) | (46.2) | (1.2) | (38.5) | (1.6) | (2.0) |
| Cost of spare parts and components sold | (437.2) | (2.7) | (1,869.1) | (79.2) | (12.5) | (679.9) | (17.5) | (180.9) | (7.7) | (9.2) |
| Cost of rendering services | (65.4) | (0.4) | (389.6) | (16.5) | (2.6) | (58.8) | (1.5) | (173.5) | (7.4) | (8.8) |
| Cost of leasing activities | (56.1) | (0.4) | (162.3) | (6.9) | (1.1) | (10.7) | (0.3) | (148.3) | (6.3) | (7.5) |
| **Cost of sales** | **(25,284.0)** | **(157.7)** | **(27,232.5)** | **(1,153.9)** | **(182.0)** | **(6,486.5)** | **(167.2)** | **(5,780.4)** | **(244.9)** | **(293.2)** |
| **Gross loss** | **(9,255.8)** | **(57.7)** | **(12,266.9)** | **(519.8)** | **(82.0)** | **(2,608.1)** | **(67.2)** | **(3,808.8)** | **(161.4)** | **(193.2)** |
| **Operating expenses:** | | | | | | | | | | |
| Research and development costs | (9,255.4) | (57.7) | (19,939.9) | (844.9) | (133.2) | (3,576.6) | (92.2) | (5,007.7) | (212.2) | (254.0) |
| Selling and distribution costs | (2,203.8) | (13.7) | (5,213.7) | (220.9) | (34.8) | (1,321.7) | (34.1) | (1,277.9) | (54.1) | (64.8) |
| Administrative expenses | (2,424.6) | (15.1) | (4,010.0) | (169.9) | (26.8) | (536.6) | (13.8) | (1,103.8) | (46.8) | (56.0) |
| Compensation expenses | (4,340.3) | (27.1) | (109.4) | (4.6) | (0.7) | — | — | — | — | — |
| Net other operating (expenses)/income | 412.5 | 2.6 | (716.4) | (30.4) | (4.8) | (27.5) | (0.7) | 55.9 | 2.4 | 2.8 |
| **Operating loss** | **(27,067.4)** | **(168.9)** | **(42,256.4)** | **(1,790.5)** | **(282.4)** | **(8,070.5)** | **(208.1)** | **(11,142.3)** | **(472.1)** | **(565.1)** |
| Finance income | 446.1 | 2.8 | 88.1 | 3.7 | 0.6 | 43.6 | 1.1 | 15.2 | 0.6 | 0.8 |
| Finance costs | (4,598.2) | (28.7) | (7,959.8) | (337.3) | (53.2) | (1,546.5) | (39.9) | (2,322.9) | (98.4) | (117.8) |
| Net (loss)/gain on financial instruments at fair value through profit or loss | (1,710.0) | (10.7) | 1,226.0 | 51.9 | 8.2 | 933.7 | 24.1 | (671.5) | (28.5) | (34.1) |
| Investment gain | 956.6 | 6.0 | — | — | — | — | — | — | — | — |
| Share of losses from equity investees | (36.8) | (0.2) | — | — | — | — | — | — | — | — |
| **Loss before income tax expense** | **(32,009.7)** | **(199.7)** | **(48,902.1)** | **(2,072.1)** | **(326.8)** | **(8,639.7)** | **(222.8)** | **(14,121.4)** | **(598.4)** | **(716.2)** |
| Tax (expense)/income | (209.2) | (1.3) | (946.7) | (40.1) | (6.3) | (1,020.6) | (26.3) | 0.6 | 0.0 | 0.0 |
| **Net loss for the year/period** | **(32,219.0)** | **(201.0)** | **(49,848.9)** | **(2,112.2)** | **(333.1)** | **(9,660.3)** | **(249.1)** | **(14,120.8)** | **(598.3)** | **(716.2)** |

Table of Contents

**Comparison for the Three Months Ended March 31, 2022 and 2023**

*Revenues*

Our revenues decreased by VND1,906.8 billion, or 49.2%, to VND1,971.6 billion ($83.5 million) for the three months ended March 31, 2023 compared to VND3,878.4 billion for the three months ended March 31, 2022, primarily due to a decrease in revenue from sales of vehicles and spare parts and components, partially offset by an increase in revenue from rendering of services and leasing activities.

- *Sales of vehicles.* Our revenue from sales of vehicles decreased by VND1,512.7 billion, or 49.6%, to VND1,536.6 billion ($65.1 million) for the three months ended March 31, 2023 compared to VND3,049.3 billion for the three months ended March 31, 2022 primarily due to a decrease in ICE vehicle sales volume in Vietnam to 28 ICE vehicles for the three months ended March 31, 2023, from approximately 6,100 ICE vehicles for the three months ended March 31, 2022 due to our phasing out of production of ICE vehicles in furtherance of our plan to fully transform into a pure EV player and a decrease in the sale of e-scooters, which was attributable to a decline in the sales volume of our older e-scooter models, including the Feliz, Klara-A2 and Tempest. This decrease was partially offset by revenue from deliveries of the VF e34, VF 8 and VF 9 in Vietnam in the three months ended March 31, 2023. The comparative period does not include revenue from VF 8 and VF 9 sales since we commenced delivery of these models in Vietnam in September 2022 and March 2023, respectively.

- *Sales of merchandise.* Our revenue from sales of merchandise decreased by VND8.1 billion, or 17.5%, to VND38.3 billion ($1.6 million) for the three months ended March 31, 2023 compared to VND46.4 billion for the three months ended March 31, 2022. The decrease was primarily due to fewer used vehicles sold as we shifted our business strategy for the vehicle trade-in program in 2022 to only purchasing used VinFast vehicles and no longer purchase used vehicles from other brands.

- *Sales of spare parts and components.* Our revenue from sales of spare parts and components decreased by VND515.0 billion, or 72.9%, to VND191.5 billion ($8.1 million) for the three months ended March 31, 2023, compared to VND706.6 billion for the three months ended March 31, 2022 primarily due to a decrease in the volume of spare parts and components sold as we did not sell any finished car batteries to VinES since the second quarter of 2022, as compared to VND503.8 billion in revenue from sales of finished car batteries to VinES in the comparative period. In the first quarter of 2022, we sold all of the installed batteries to VinES, who in turn leased the batteries to VF e34 purchasers under a battery subscription program that was available up until October 31, 2022 through VinES for the EVs that we sold in Vietnam.

- *Rendering of services.* Our revenue from the rendering of services increased by VND25.1 billion, or 50.6%, to VND74.7 billion ($3.2 million) for the three months ended March 31, 2023 compared to VND49.6 billion for the three months ended March 31, 2022 mainly due an increase in maintenance services provided at our service centers.

- *Revenue from leasing activities.* Our revenue from leasing activities increased by VND104.0 billion, or 393.1%, to VND130.5 billion ($5.5 million) for the three months ended March 31, 2023 compared to VND26.5 billion for the three months ended March 31, 2022 primarily attributable to an increase in revenue from the leasing of cars and e-scooter batteries, which was mainly due to an increase in the number of EVs and e-scooters batteries on lease, and partially offset by a decrease in revenue from the leasing of manufacturing parks as we completed the transfer of such assets to VHIZ JSC in February 2022. See "Certain Relationships and Related Party Transactions—Certain Relationships and Related Party Transactions—VinFast—Transactions with Vingroup Affiliates—Asset Transfers to VHIZ JSC."

*Cost of sales*

Our cost of sales decreased by VND706.1 billion, or 10.9%, to VND5,780.4 billion ($244.9 million) for the three months ended March 31, 2023 compared to VND6,486.5 billion for the three months ended March 31,

Table of Contents

to occur after the closing of the Business Combination and is subject to the investor obtaining approval from applicable governmental authorities and any other third parties necessary for the outbound investment and other customary closing conditions.

We believe that our capital funding agreement with and other expected financial support from Mr. Pham Nhat Vuong and Vingroup, together with our cash on hand, cash flow from operations, existing third-party loans and borrowings, proceeds from the Gotion Investment and the net proceeds that we expect to receive from this Business Combination will be sufficient to meet our present requirements in respect of working capital, committed capital expenditures and obligations under our loans, borrowings and other financial liabilities. We expect to require significant external debt and/or equity financing in the future and intend to access both public and private markets for such financing, including to meet our future debt service obligations, fund our expected growth plans, and complete our manufacturing infrastructure investments, including the construction of our North Carolina manufacturing center. The sale of additional equity would result in dilution to our shareholders. The incurrence of debt financing would result in additional debt service obligations, and the instruments governing such debt could provide for operating and financing covenants that are more restrictive than those contained in our existing loans and borrowings.

See also "Risk Factors—Risks Related to VinFast's Relationship with Vingroup—VinFast has relied on Vingroup for financial support and are dependent on Vingroup affiliates for key aspects of its business. Accordingly, VinFast has engaged in various related party transactions with Vingroup, and any potential conflicts of interest could have an adverse effect on its business and results of operations. Due to VinFast's close association with Vingroup and its affiliates, VinFast could also be impacted by matters affecting their reputation, including litigation, regulatory or other matters" and "Risk Factors—Risks Related to VinFast's Business and Industry—VinFast will require significant additional capital to support business growth. VinFast expects to fund its capital requirements through additional debt and equity financing, including related party financing. Such capital might not be available on commercially reasonable terms, or at all, and could, among other things, be burdensome and lead to dilution of your shareholding in VinFast." In addition, our future capital requirements and results of operations may vary materially from those currently planned and will depend on many factors, including the timing of new products and services introductions, market acceptance of our offerings, the expansion of manufacturing activities, the extent of spending on R&D efforts and other growth initiatives and overall economic conditions.

The following table presents summary cash flows information for the years presented:

| | For the Year Ended December 31, | | | For the Three Months Ended March 31, | | |
|---|---|---|---|---|---|---|
| | 2021 | 2022 | | 2022 | 2023 | |
| | VND (in billions) | VND (in billions) | USD (in millions) | VND (in billions) | VND (in billions) | USD (in millions) |
| Net cash flows used in operating activities | (28,969.1) | (35,628.4) | (1,509.7) | (9,168.1) | (19,159.1) | (811.8) |
| Net cash flows (used in)/from investing activities | 2,420.1 | (16,038.9) | (679.6) | (2,174.5) | (6,131.7) | (259.8) |
| Net cash flows from financing activities | 28,855.2 | 52,945.1 | 2,243.4 | 9,978.0 | 25,424.4 | 1,077.3 |
| Net (decrease)/increase in cash, cash equivalents and restricted cash | 2,306.2 | 1,277.7 | 54.1 | (1,364.6) | 133.6 | 5.7 |
| Cash, cash equivalents and restricted cash at the end of the year/period | 3,024.9 | 4,271.4 | 181.0 | 1,690.6 | 4,390.4 | 186.0 |