**Robbins Geller Rudman & Dowd LLP**

| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

Alan I. Ellman
aellman@rgrdlaw.com

September 12, 2025

<u>VIA ECF AND HARD COPY</u>

Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
222 Cadman Plaza East
Brooklyn, New York 11201

   Re: *Comeau v. VinFast Auto Ltd., et al.*
     <u>Case No. 1:24-cv-2750-NGG-SDE (E.D.N.Y.)</u>

Dear Judge Garaufis:

  On behalf of Plaintiffs Dr. Filippo Nannicini, Alessandra Nannucci, and Lorenzo Nannicini, we write pursuant to Rule IV.D of the Court's Individual Rules to request that oral argument be held on Defendants' Motion to Dismiss the Corrected Amended Complaint.

  We thank the Court for its consideration.

       Sincerely,

       */s/ Alan I. Ellman*

       Alan I. Ellman

cc: All Counsel of Record (via ECF)

58 South Service Road, Suite 200 Melville, NY 11747 Tel 631-367-7100 Fax 631-367-1173 rgrdlaw.com