## Robbins Geller Rudman & Dowd LLP

| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

Alan I. Ellman
aellman@rgrdlaw.com

October 10, 2025

<u>VIA EMAIL (Oct. 10, 2025)</u>
<u>VIA ECF (Oct. 27, 2025)</u>

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
United States Courthouse
225 Cadman Plaza East, Room 1426 S
Brooklyn, NY  11201

        Re:    *Comeau v. VinFast Auto Ltd.*,
               <u>Case No. 1:24-cv-02750-NGG-SDE (E.D.N.Y.)</u>

Dear Judge Garaufis:

We write on behalf of Plaintiffs[1] to inform the Court of *Sherman v. Abengoa, S.A.*, 2025 WL 2825369 (2d Cir. Oct. 6, 2025) (the "Decision"), recent supplemental authority further supporting Plaintiffs' Opposition to Defendants' Motion to Dismiss the Corrected Amended Complaint, served and dated September 12, 2025 ("Plaintiffs' Brief").[2]

*Sherman* largely vacated and remanded *Francisco v. Abengoa, S.A.*, 481 F. Supp. 3d 179 (S.D.N.Y. 2020), which Defendants cited in their Memorandum of Law in Support of their Motion to Dismiss the Corrected Amended Complaint, served and dated July 14, 2025 ("Defendants' Brief"). *See* Defendants' Brief at 17. In *Sherman*, the Second Circuit revived plaintiffs' Securities Act and Exchange Act claims, holding that the district court incorrectly "failed to credit Plaintiffs' allegations from confidential witnesses and from Spanish criminal proceedings." 2025 WL 2825369, at *1. *Sherman* also reaffirmed that a plaintiff can rely on non-conclusory allegations cited in a news article to support a securities claim, noting that "the Spanish National Court ruling did not merely consist of conclusory assertions but rather was based on an auditing firm's expert report, [the Institute of Accounting and Auditing of Accounts'] resolution of its investigation, and a forensic report from two financial-consulting firms, each of which '***the [complaint] could unquestionably rely on if it were mentioned in a news clipping or public testimony***.'" *Id*. at *8 (quoting *In re Bear Stearns Mortg. Pass-Through Certificates Litig.*, 851 F. Supp. 2d 746, 768 n.24 (S.D.N.Y. 2012)) (emphasis added). To Plaintiffs' knowledge, this is the first time the Second

---

[1]    Undefined capitalized terms are as defined in the Corrected Amended Complaint (ECF No. 38).

[2]    The Decision is attached hereto as Exhibit A.

**Robbins Geller**
**Rudman & Dowd** LLP

The Honorable Nicholas G. Garaufis
October 10, 2025
Page 2


Circuit has expressly endorsed the principle, previously articulated by district courts in this Circuit, that non-conclusory information contained in a news article may be credited, and further supports Plaintiffs' reliance on the *BBC* article to support their claims. *See* Plaintiffs' Brief at 19.

*Sherman* also found the defendants' cautionary language contained in the registration statement regarding the use of estimates insufficient, noting that "it strains credulity to suggest that such a tepid warning about the use of estimates was enough to put investors on notice that Abengoa was deliberately manipulating the percentage of completion to inflate its revenues." 2025 WL 2825369, at *10. This further supports Plaintiffs' argument that VinFast's purported risk warnings concerning manufacturing and safety problems (*see* Defendants' Brief at 6, 11, 14-15) were inadequate given that Defendants knew the manufacturing and safety problems already existed. *See* Plaintiffs' Brief at 11-12.

Respectfully submitted,

*/s/ Alan I. Ellman*

ALAN I. ELLMAN

Enclosure
cc:    All Counsel of Record (via e-mail & ECF)