UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JEREMIE COMEAU, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

VINFAST AUTO LTD., LE THI THU THUY, PHAM NHAT VUONG, DAVID MANSEFIELD, NGAN WAN SING WINSTON, LING CHUNG YEE ROY, PHAM NGUYEN ANH THU, and NGUYEN THI VAN TRINH,

Defendants.
-------------------------------------------------------------X

JUDGMENT
24-CV-2750 (NGG) (SDE)

A Memorandum and Order of the Honorable Nicholas G. Garaufis, United States District Judge, having been filed on September 30, 2026, granting Defendants' Rule 12(b)(6) motion to dismiss the Complaint with prejudice; it is

ORDERED and ADJUDGED that judgment is entered in favor of Defendants.

Dated: Brooklyn, New York
September 30, 2026

Brenna B. Mahoney
Clerk of Court

By: */s/Jalitza Poveda*
Deputy Clerk